MANDOUR & ASSOCIATES, APC
Joseph A. Mandour (SBN 188896)
Email: jmanodur@mandourlaw.com
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone (858) 487-9300
Attorneys for Plaintiff,
GOLDEN EYE MEDIA USA, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

GOLDEN EYE MEDIA USA, INC., a California corporation,

        Plaintiff,

    v.

TROLLEY BAGS UK LTD, a corporation of the United Kingdom; and BERGHOFF INTERNATIONAL, INC., a Florida corporation,

        Defendants.

Case No. **'18 CV 2109 LAB JMA**

**COMPLAINT FOR DECLARATORY JUDGMENT, UNFAIR COMPETITION, TORTIOUS INTERFERENCE, NEGLIGENT MISREPRESENTATION, AND OTHER RELIEF**

**DEMAND FOR JURY TRIAL**

    Plaintiff GOLDEN EYE MEDIA USA, INC. (hereinafter "plaintiff"), by and through its counsel, alleges as its complaint against defendants TROLLEY BAGS UK LTD and BERGHOFF INTERNATIONAL, INC.  (hereinafter collectively "defendants") as follows:

## JURISDICTION AND VENUE

1.     This is an action for declaratory relief under federal law pursuant to 28 U.S.C. § 2201, *et seq.*, unfair competition under the Lanham Act 15 U.S.C. § 1125 and California law, and tortious interference and negligent misrepresentation under California law.

## NATURE OF ACTION

2.     This is an action for, *inter alia,* declaratory judgment of non-infringement of the claim of U.S. Design Patent No. D779,828 ("the '828 Patent" or the "Patent-in-Suit").  A copy of the '828 Patent is attached hereto as Exhibit A.

3.     Plaintiff further seeks, *inter alia,* a declaratory judgment of non-infringement of the purported trademark TROLLEY BAGS and U.S. Trademark Reg. No. 5,126,274.

## PARTIES

4.     Plaintiff GOLDEN EYE MEDIA USA, INC. ("Golden Eye Media") is a California corporation with an address at: 1000 Camino De Las Ondas Carlsbad, California 92011.

5.     On information and belief, defendant TROLLEY BAGS UK LTD ("Trolley Bags UK") is a corporation of the United Kingdom with an address at: Black Hand Barn, Ash Thomas, Tiverton, United Kingdom EX164AL.

6.     On information and belief, defendant BERGHOFF INTERNATIONAL, INC. ("Berghoff") is a Florida corporation with an address at: 11063 SR 54, Odessa, Florida 33556.

## JURISDICTION AND VENUE

7.     Jurisdiction in this Court and in the subject matter of this action arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201, 1331 & 1338, the patent laws of the United States 35 U.S.C. § 1, *et seq.* and the trademark laws of the United States, 15 U.S.C. § 1051, *et seq.* (the "Lanham Act")  with supplemental jurisdiction of this Court pursuant to 28 U.S.C. § 1367.

8.    This Court may exercise personal jurisdiction over the defendants based upon their activities, including their transaction of business, within the Southern District of California.  Defendants sell their products nationwide, including, upon information and belief, within the State of California.

9.    Defendants purposely availed themselves to the personal jurisdiction of this Court by directing their commercial activity into the State of California and the Southern District, including sending plaintiff the letter dated July 13, 2017 (the "Demand Letter"), attached hereto as Exhibit B, alleging patent and trademark infringement and threatening to take "any legal step" including, without limitation, filing a complaint with U.S. Customs and Border Protection

10.    Venue is proper and reasonable in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to this claim occurred in this district.

## FACTUAL BACKGROUND

11.    Plaintiff is in the business of selling reusable shopping bags that are used with ordinary shopping carts, also known as trolleys.

12.    Defendant Trolley Bags UK is also in the business of selling reusable shopping bags.

13.    Defendant Berghoff purports to be the exclusive distributor of Trolley Bags UK's products in the United States.

14.    On or about July 13, 2017, defendant Berghoff through counsel served the Demand Letter on plaintiff.

15.    On information and belief, Berghoff sent the Demand Letter as an agent of Trolley Bags UK and/or with Trolley Bags UK's direction and/or authorization.

16.    The Demand Letter asserted that plaintiff's sale of product infringes defendant Trolley Bags UK's '828 Patent.

17. Under an "ordinary observer test," plaintiff's product does not and cannot infringe the '828 Patent. An ordinary observer would not find plaintiff's product "substantially the same" with the claimed design of the '828 Patent.

18. Plaintiff's product is differentiable from the '828 Patent design in, *inter alia,* surface ornamentation, construction, relative dimensions and part configuration. Plaintiff's product therefore does not infringe the '828 Patent.

19. Defendants' Demand Letter further alleges a likelihood of confusion between plaintiff's use of the trademark LOTUS TROLLEY BAGS and defendants' use of the term TROLLEY BAGS, which is also the subject of the design mark described in U.S. Trademark Reg. No. 5,126,274.

20. On October 24, 2017, the USPTO rejected Trolley Bags' trademark application for TROLLEY BAGS under Section 2(e)(1) of the Lanham Act on the basis that the term "trolley bags" is merely descriptive and thus not entitled to trademark protection or registration.

21. Specifically, the USPTO cited that the Oxford Dictionary defines, "trolley"  as "a large metal basket or frame on wheels, used for transporting heavy or large items, such as supermarket purchases" and "bags" is defined as "container[s] made of flexible material with an opening at the top, used for carrying things."

22. The USPTO's rejection was consistent with a prior rejection it made in Trolley Bags' application for U.S. Trademark Reg. No. 5,126,274 on March 14, 2016. Moreover, Trolley Bags declined to challenge the USPTO assertion and instead admitted that the term TROLLEY BAGS is merely descriptive and disclaimed the term on September 10, 2016.

23. The term "trolley bags" is generic and/or merely descriptive because it comprises nothing more than a description of the product to which defendant and plaintiff sell. As such, defendants are not entitled to any trademark protection for use of the term "trolley bags".

24.     Additionally, plaintiff sells products using the trademark LOTUS TROLLEY BAGS, which is different in sight, sound and commercial impression. Moreover, plaintiff's commercial activities are distinguishable from defendants and are not likely to cause consumer confusion.

25.     In addition to the Demand Letter and corresponding with plaintiff, defendants, jointly or individually, have contacted the main retailer of plaintiff's products Amazon.com, Inc. ("Amazon").

26.     On information and belief, defendants has submitted multiple complaints to Amazon causing wrongful removal of plaintiff's product for sale on Amazon's website, Amazon.com.

27.     On information and belief defendants have negligently misrepresented to Amazon the extent of their purported patent and trademark rights, including without limitation, misrepresenting the fact that:

- Trolley Bags UK disclaimed the term "trolley bags" as unprotectable under trademark law;
- Plaintiff's product clearly does not fall within the scope of the '828 Design Patent; and
- Trolley Bags UK, not Berghoff, holds any alleged patent and trademark rights.

28.     Despite defendants' complaints, Amazon has on multiple occasions reinstated plaintiff's product listing as a rejection of defendants' false and misleading claims of infringement.  Although Amazon has rejected defendants' complaints, defendants have submitted more than a dozen complaints of plaintiff's products to Amazon.

29.     Due to Amazon's partially automated system, defendants' wrongful, false, and misleading complaints has caused temporary interruption and interference with plaintiff's listing and sale of products.  As a result, defendants have prevented sales of at least $150,000 during the temporary periods of being delisted by Amazon's system.  Attached hereto as Exhibit D, is a graph showing the diminution of plaintiff's sales caused by defendants' false and/or misleading complaints.

30.     On information and belief, plaintiff further alleges that defendants contacted plaintiff's other third-party retailers to make similar false and misleading statements regarding defendants' invalid claim of infringement in order to interfere with plaintiff's current and prospective economic relationship with its retailers.

## CLAIMS FOR RELIEF

### First Claim for Relief

### (Declaratory Judgment of Non-Infringement of the '828 Patent against Defendant Trolley Bags UK)

31.     Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 30 of the complaint as though fully set forth herein.

32.     There exists an actual, substantial, and immediate controversy between Golden Eye Media and Trolley Bags concerning Golden Eye Media's alleged liability for infringement of the '828 Patent.

33.     The controversy was, at least in part, created by Berghoff's correspondence on behalf Trolley Bags UK to Golden Eye Media alleging patent infringement and demanding, among other things, cessation of sales and an accounting of profits.

34.     Golden Eye Media unequivocally asserts that it does not infringe the '828 Patent.  Prior to defendants' correspondence, plaintiff had no constructive or actual notice of the '828 Patent.

35.    Plaintiff is entitled to a judgment declaring that it does not infringe, and has not infringed, the claim of the '828 Patent by making, using, selling or offering to sell plaintiff's products, either literally or under the doctrine of equivalents.

36.    Plaintiff seeks a declaratory judgment to resolve plaintiff and defendant's respective rights regarding defendant Trolley Bags claim of patent infringement.

### Second Claim for Relief

### (Declaratory Judgment of Non-Infringement of the trademark TROLLEY BAGS and U.S. Trademark Reg. No. 5,126,274 against Defendant Trolley Bags UK)

37.    Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 36 of the complaint as though fully set forth herein.

38.    There exists an actual, substantial, immediate controversy between Golden Eye Media and Trolley Bags UK concerning Golden Eye Media's alleged liability for infringement for use of the trademark LOTUS TROLLEY BAG.

39.    The controversy was in part created by virtue of Berghoff's correspondence on behalf Trolley Bags UK to Golden Eye Media alleging trademark infringement and a likelihood of consumer confusion and demanding, among other things, cessation of use of plaintiff's trademark and an accounting of profits.

40.    Golden Eye Media unequivocally asserts that it does not infringe any purported trademark of defendants.  Prior to defendants' correspondence, plaintiff had no constructive or actual notice any claim of trademark rights to the mark TROLLEY BAGS.

41.    Defendants' purported TROLLEY BAG trademark is generic and/or merely descriptive without secondary meaning.  Thus, defendants are not entitled to any trademark protection.

42.    Plaintiff's use of LOTUS TROLLEY BAG is not confusingly similar to any alleged trademark of defendants, including without limitation TROLLEY BAG and the design that is the subject of U.S. Trademark Reg. No. 5,126,274.

43.    Plaintiff is entitled to a judgment declaring that it does not infringe and has not infringed the purported TROLLEY BAGS trademark or designation.

44.    Plaintiff seeks a declaratory judgment to resolve plaintiff and defendant's respective rights regarding defendant TROLLEY BAGS claim of trademark infringement.

**Third Claim for Relief**

**(Interference with Prospective of Contractual Economic Relations against all defendants)**

45.    Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 44 of the complaint as though fully set forth herein.

46.    Plaintiff has enjoyed an economic relationship with Amazon, third-party retailers and its customers that was an economic benefit to plaintiff.

47.    Plaintiff also has prospective economic relations with certain customers and prospective customers which would be of economic benefit to plaintiff.

48.    Defendants knew of the existence of plaintiff's economic relationship or prospective economic relations with Amazon, third-party retailers, customers and prospective customers.

49.    Defendants intentionally or negligently interfered in these economic relationships, causing a breach of the relationships with no privilege to do so.

50.    Also, defendants intentionally and improperly interfered with plaintiff's prospective contractual or economic relations by inducing or causing the customer and/or prospective customer not to enter into or continue its prospective relationship with plaintiff or has prevented plaintiff from acquiring or continuing its prospective relations.

51. Defendants actions have been without justification or privilege.

52. Defendant's acts, as set forth above constitute tortious interference, all to the damage of plaintiff as previously alleged.

### Fourth Claim for Relief

### (Negligent Misrepresentation against all Defendants)

53. Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 52 of the complaint as though fully set forth herein.

54. On information and belief, defendants misrepresented to Amazon and third-party retailers that Berghoff had the right to enforce the trademarks and patent of Trolley Bags UK. Defendants further misrepresented that plaintiff infringed defendants' trademark rights, despite having no reasonable basis for believing that the term "trolley bags" was protectable. Defendants further misrepresented that plaintiff infringed defendants' patent rights, despite having no reasonable basis for believing plaintiff's product was within the scope of the claim of the '828 Patent.

55. Defendants' acts, as set forth above, constitute negligent misrepresentation, all to the damage of plaintiff as previously alleged.

### Fifth Claim for Relief

### (Unfair Competition 15 U.S.C. § 1125

### against all defendants)

56. Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 55 of the Complaint as though fully set forth herein.

57. By reason of the foregoing unlawful acts recited in the paragraphs above, plaintiff has been irreparably harmed and will continue to suffer damage until an appropriate injunction and damages award, including increased treble damages and attorneys' fees, are imposed by this court against defendant.

### Sixth Claim for Relief

### (State Law Unfair Competition – Cal. Bus. & Prof. Code § 17200

### Against All Defendants)

58.     Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 57 of the complaint as though fully set forth herein.

59.     Defendant's acts, as set forth above constitute unfair competition as defined in California Business and Professions Code § 17200, *et seq.*, all to the damage of plaintiff as previously alleged.

### Seventh Claim for Relief

### (Common Law Unfair Competition Against All Defendants)

60.     Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 59 the complaint as though fully set forth herein.

61.     Defendants' acts, as set forth above, constitute unfair competition as defined under California common law, all to the damage of plaintiff as previously alleged.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks that this Court grant judgment against defendants for the following:

A.     Defendants, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, be temporarily restrained and preliminarily and permanently enjoined from:

      i.     interfering with plaintiff's economic and prospective relationship with Amazon and plaintiff's customers, including sending false or misleading complaints of infringement to Amazon or plaintiff's customers;

      ii.     unfairly competing with plaintiff;

      iii.     conspiring, encouraging, inducing, allowing, abetting, or assisting

others in performing any of the activities referred to in

subparagraphs (i) - (ii) above.

B.      Defendants shall file with the Court and serve on plaintiff, within 30 days after the entry and service on defendant of an injunction, a report in writing and attested to under penalty of perjury setting forth in detail the manner and form in which defendant has complied with the provisions of subparagraph (A) above.

C.      Declaring plaintiff has not and does not infringe U.S. Design Patent No. D779,828.

D.      Declaring plaintiff has not and does not infringe U.S. Trademark Reg. No. 5,126,274 or any other trademark of defendants.

E.      Declaring defendant Trolley Bags UK's trademark and/or designation TROLLEY BAGS is invalid and unenforceable.

F.      Declaring defendant Trolley Bags UK's trademark and/or designation U.S. Trademark Reg. No. 5,126,274 is invalid and unenforceable to the extent it is disclaimed and descriptive .

G.      Plaintiff recovers all damages it has sustained as a result of defendants' tortious interference and negligent misrepresentation.

H.      Plaintiff be awarded its reasonable attorneys' fees for prosecuting this action.

I.      Plaintiffs recover its costs of this action and pre-judgment and post-judgment interest, to the full extent allowed by law.

J.      Plaintiff be awarded punitive damages pursuant to California law.

K.      Plaintiff receive all other relief the Court deems appropriate.

Respectfully submitted,

Dated: September 10, 2018

**MANDOUR & ASSOCIATES, APC**


_____s/ Ben T. Lila_____
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Attorneys for Plaintiff,
GOLDEN EYE MEDIA USA, INC.

## JURY DEMAND

Plaintiff demands a trial by jury of all issues so triable.


**MANDOUR & ASSOCIATES, APC**


_____/s/ Ben T. Lila_____
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Attorneys for Plaintiff,
GOLDEN EYE MEDIA USA, INC.

**EXHIBIT A**

US00D779828S

(12) **United States Design Patent** (10) Patent No.: **US D779,828 S**

Cronkshaw (45) Date of Patent: ** **Feb. 28, 2017**

(54) **FOLDABLE BAG**

(71) Applicant: **TROLLEY BAGS UK LTD**, Tiverton (GB)

(72) Inventor: **Joby Cronkshaw**, Tiverton (GB)

(73) Assignee: **TROLLEY BAGS UK LTD.**, Tiverton (GB)

(**) Term: **15 Years**

(21) Appl. No.: **29/546,056**

(22) Filed: **Nov. 18, 2015**

(30) **Foreign Application Priority Data**

May 19, 2015    (EM) ........................ 002703363-0001

(51) **LOC (10) Cl.** ................................................ **03-02**
(52) **U.S. Cl.**
    USPC ........................................................ **D3/315**
(58) **Field of Classification Search**
    USPC ...................... D3/232, 233, 246, 276, 315
    CPC .......... A45C 7/009; A45C 7/0077; A45C 3/04
    See application file for complete search history.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D444,297 | S | * | 7/2001 | Starck ............................ D3/276 |
| D548,459 | S | * | 8/2007 | Harvey ........................... D3/246 |
| D562,555 | S | * | 2/2008 | Shapiro .......................... D3/303 |
| D572,472 | S | * | 7/2008 | Saconay-Duhart ........... D3/246 |
| D630,844 | S | * | 1/2011 | Wang ............................. D3/232 |
| D720,131 | S | * | 12/2014 | Siegel ............................ D3/233 |

| | | | | |
|---|---|---|---|---|
| 9,144,278 | B2 | * | 9/2015 | Morrow ................... A45C 3/04 |
| D768,378 | S | * | 10/2016 | Schilp ........................... D3/232 |
| 2004/0020813 | A1 | * | 2/2004 | Moeller ................. A45C 11/00 206/425 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EM | 001726472-0001 | 6/2010 |
| EM | 001726472-0002 | 6/2010 |
| IE | 09/0718 | 6/2010 |

* cited by examiner

*Primary Examiner* — Charles Hanson
(74) *Attorney, Agent, or Firm* — Crose Law LLC; Bradley D. Crose

(57)                **CLAIM**

The ornamental design for a foldable bag, as shown and described.

                **DESCRIPTION**

FIG. **1** is a front perspective view of a foldable bag showing my new design:
FIG. **2** is a top perspective view thereof;
FIG. **3** is a side perspective view thereof;
FIG. **4** is a second front perspective view thereof;
FIG. **5** is a front plan view thereof;
FIG. **6** is a third front perspective view thereof;
FIG. **7** is an end perspective view thereof;
FIG. **8** is a an end plan view thereof;
FIG. **9** is a bottom plan view thereof; and,
FIG. **10** is a top plan view thereof.
The broken lines shown in the drawings are included for the purpose of illustrating environmental structure and form no part of the claimed design.

                **1 Claim, 10 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4

Case 3:18-cv-02109-BEN-LL   Document 1   Filed 09/11/18   PageID.19   Page 19 of 49



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

**EXHIBIT B**

# WARD LAW OFFICE

### REGISTERED PATENT ATTORNEY

Ward Law Office LLC
120 1/2 S. Washington Street, Suite 207
Tiffin, Ohio 44883
www.wardpatent.com

Jacob M. Ward
Bar Admissions: U.S. Patent and Trademark Office;
Canadian Intellectual Property Office, Non-Resident;
and State Bar of Michigan

Office: (419) 408-5500
Direct: (419) 408-5801
Facsimile: (800) 591-5804
Email: jake@wardpatent.com

July 13, 2017

Golden Eye Media USA, Inc.
DBA Lotus Trolley Bags
Attention: Mr. Farzan Dehmoubed
1000 Camino De Las Ondas
Carlsbad, California 92011

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**AND ELECTRONIC MAIL**
farzan@goldensurfholdings.com
info@lotustrolleybag.com

> Re:  TROLLEY BAGS
>       U.S. Patent No. D779,828
>       U.S. Trademark Registration No. 5126274
>       Our File 70131-1

Dear Mr. Dehmoubed:

We represent BergHOFF International, Inc., the exclusive distributor for Trolley Bags UK Ltd. (hereinafter "Trolley Bags") in the United States and Canada.

Trolley Bags is aware that your company (hereinafter "Lotus") is selling reusable shopping bags (hereinafter "the goods"), and marketing the goods using the trademark TROLLEY BAG at both www.lotustrolleybag.com and at www.amazon.com.

It is an object of this letter to place you on notice of the existence of Trolley Bags' patent and trademark rights. Trolley Bags has expended considerable sums developing these goods and the associated brand. Through extensive use of the mark in commerce in the United States, Trolley Bags has developed valuable rights to the mark TROLLEY BAGS, and holds a related U.S. Trademark Registration No. 5126274, a copy of which is enclosed. Trolley Bags also owns U.S. Patent No. D779,828, which claims these goods, and specifically foldable bags with handles and support rods as shown in the drawings of the patent, also enclosed.

This intellectual property provides our client with certain rights. Importantly, Trolley Bags is entitled to restrict the use of their trademark, or confusingly similar trademarks, in association with these types of goods. Also, the patent grants Trolley Bags the right to prevent others from making, using, selling, or importing the goods in the United States without their approval.

We can appreciate that your company may not have previously known of Trolley Bags' rights. Nonetheless, your unauthorized sale of these goods, and your identification of these goods with the mark TROLLEY BAG, may amount to an infringement of Trolley Bags' patent and trademarks. We are confident that a court would agree. Therefore, we demand that you cease and desist any further marketing, sales, and distribution of these goods, as well as identification of these goods with the mark TROLLEY BAG.

Page 2 of 3
July 13, 2017
(70131-1)

Specially, we hereby demand that Lotus immediately:

1. cease from using the TROLLEY BAG mark on all goods, websites, and social media;

2. transfer the domain name http://www.lotustrolleybag.com/ to Trolley Bags;

3. cease the importation and sales of the goods;

4. identify all manufacturers of the goods, and ports through which the goods have been imported;

5. account for all profits from sales of the goods to date;

6. account for and destroy all remaining inventory of the goods;

7. remove all listings of the goods from Internet retailers, including Amazon.com;

8. expressly abandon U.S. Trademark Application Serial No. 87463260 to LOTUS TROLLEY BAG; and

9. execute a written agreement that your importation and sales of the goods, and use of the mark TROLLEY BAG, will not continue.

We are optimistic that this matter can be settled amicably. However, be advised that this letter is made without prejudice to any rights or remedies that may be available to Trolley Bags under U.S. state and federal law.  Trolley Bags is prepared to take any legal steps necessary to eliminate the confusion and harm being caused by your company's use of the TROLLEY BAG mark, and by the sale of these goods. Trolley Bags also reserves the right to register complaints with U.S. Customs and Border Protection, as well as Internet retailers and social media providers.

Nothing contained herein should be deemed a waiver, admission, or license by Trolley Bags. Trolley Bags further expressly reserves the right to assert any other factual or legal positions as additional facts come to light, or as the circumstances warrant.

We trust that you will respect Trolley Bags' intellectual property rights.  Trolley Bags hereby requests your written assurance of compliance with these demands within fifteen (15) days of the mailing date of this letter.  In the interest of quickly resolving this matter, do not hesitate to send any questions by email to jake@wardpatent.com.

Thank you in advance for your prompt attention to this matter.

Sincerely,

WARD LAW OFFICE LLC

Jacob M. Ward

Enclosures (4)

Page 3 of 3
July 13, 2017
(70131-1)

## <u>WRITTEN ASSURANCE</u>

**The undersigned acknowledges and covenants to take the above-listed actions immediately by and on behalf of Golden Eye Media USA, Inc., DBA Lotus Trolley Bags.**

**By: _____**

**Name:_____**

**Title:_____**

**Date:_____**

**This paper should be signed and dated where indicated above, and a copy returned by email to <u>jake@wardpatent.com</u>, or by fax to 1-800-591-5804.**



*Lotus Trolley Bag*

(/)

(https://www.amazon.com/dp/B071YTZ86J)

# 7/10/17 We just SOLD OUT on Amazon but more inventory is on the way! Please email us info@lotustrolleybag.com and we will respond directly as soon as they are available. 😌



(https://www.amazon.com/dp/B071YTZ86J)

**ORDER NOW**(HTTPS://WWW.AMAZON.COM/DP/B071YTZ86J)

For questions or more information email:

info@lotustrolleybag.com (mailto:info@lotustrolleybag.com)



# Ideal Bag Size

*Lotus Trolley Bag*
*(7)*

We have come up with the BEST set of 4 bags with the PERFECT fit. Our rods are designed to fit all carts including TARGET & WALMART. Extended handles and wider openings make our bags easy to carry and unload.

**FIND US ON AMAZON** (HTTPS://WWW.AMAZON.COM/DP/B071YTZ86J)



(http://www.lotustrolleybag.com)



WHAT ARE TROLLEY BAGS?    PRODUCTS    SHOP    DISTRIBUTION    COMPANY    REVIEWS    PRESS    CUSTOM    ENQUIRIES    IP

# For small shops

## WHAT ARE TROLLEY BAGS?

Say goodbye to plastic bags and even the 'green' shopping bags on your supermarket trip. It's time to join the revolution: Trolley Bags are the new way to do your grocery shopping.

Trolley Bags are a system of 4 reusable shopping bags that are used to pack your shopping at the supermarket checkout. In one simple action the system spreads out and rests on any supermarket trolley, giving you 4 open and upright bags into which you can use both hands to pack and sort your shopping. The 4 colour coded bags allow you to pack everything, the way you want, in half the time. After the checkout, simply detach the bags and place into your car boot, when you arrive home, there are only 4 bags to carry inside and they're easier to unpack too. Packing, Sorted!

If you use 'scan as you shop' services in your supermarket, Trolley Bags also help there. Simply rack the bags in the trolley before you start your shop and scan your items straight into the bags.

Trolley Bags are so simple, and that's what makes them brilliant! Make shopping quicker and easier with Trolley Bags.

A well as the ever popular Trolley Bags Original, the range has now been increased to include the Xtra Bag a versatile 'box' bag which can hang on or in your trolley to give you more space or protect delicate grocery items, or it can be used alone as a handy, spacious and sturdy 'tote' bag for small shops. We also have Express Bags which are perfect for those that prefer the shallower supermarket trolleys and Cool Bags which complement Trolley Bags perfectly giving you space to store refrigerated items.

All Trolley Bags products are protected by Global Patents and design registrations.

  1 Hang & Sh

  2 Rack & Op

  3 Pack & So

   4 Separate &

**Email**

info@trolleybags.com

**Call**

International

UK. 0330 2

**Address**

Trolley Bags UK Ltd.

Unit 1 Ormidale Square

Tiverton Business Park

Tiverton

Devon

EX16 6TW

United Kingdom

WHAT ARE TROLLEY BAGS?    PRODUCTS    SHOP    DISTRIBUTION    COMPANY    REVIEWS    PRESS    CUSTOM    ENQUIRIES    IP

## IP

The "TROLLEY BAGS" brand and all related names, logos, product names, get-up, designs and slogans are trade marks of Trolley Bags Limited (an Irish limited liability company) and/or Trolley Bags UK Ltd (an English limited liability company).

These two companies also maintain a portfolio of domestic and international registered and unregistered intellectual property rights (including patents, registered designs and unregistered design rights) so as to protect their products.

You must not use any such intellectual property rights without the prior written permission of the relevant owner (Trolley Bags Limited and/or Trolley Bags UK Ltd).

Please contact info@trolleybags.com if you do wish to discuss licensing and/or distributorship opportunities.

**Contact Us**

Get in touch, we'd love to hear from you!

email: info@trolleybags.com
call (international): (+44) 01884 839807
call (UK): 0330 2200671

Trolley Bags UK Ltd.
Unit 1 Ormidale Square
Tiverton Business Park
Tiverton
Devon
EX16 6TW
United Kingdom

© 2017 Trolley Bags

**Join our mailing list**

Subscribe to our mailing list and get notified of promotions and exciting developments.

E-mail *

Subscribe!

**Connect with us**

**Useful Links**

Find a retailer
Sell Trolley Bags
Intellectual Property
Privacy Policy
Evo Lifestyle Products

**Latest News**

New Trolley Bags product, Xtra Ba available now!
Trolley Bags Cool now available fo Original and Express bags.

US00D779828S

(12) **United States Design Patent**   (10) Patent No.:   **US D779,828 S**
Cronkshaw   (45) Date of Patent:   ** **Feb. 28, 2017**

(54) **FOLDABLE BAG**

(71) Applicant: **TROLLEY BAGS UK LTD**, Tiverton (GB)

(72) Inventor: **Joby Cronkshaw**, Tiverton (GB)

(73) Assignee: **TROLLEY BAGS UK LTD.**, Tiverton (GB)

(**) Term: **15 Years**

(21) Appl. No.: **29/546,056**

(22) Filed: **Nov. 18, 2015**

(30) **Foreign Application Priority Data**

May 19, 2015   (EM) ........................ 002703363-0001

(51) **LOC (10) Cl.** ............................................... **03-02**
(52) **U.S. Cl.**
USPC ......................................................... **D3/315**
(58) **Field of Classification Search**
USPC .......................... D3/232, 233, 246, 276, 315
CPC .......... A45C 7/009; A45C 7/0077; A45C 3/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D444,297 S | * | 7/2001 | Starck ............................ D3/276 |
| D548,459 S | * | 8/2007 | Harvey ........................... D3/246 |
| D562,555 S | * | 2/2008 | Shapiro .......................... D3/303 |
| D572,472 S | * | 7/2008 | Saconay-Duhart ............. D3/246 |
| D630,844 S | * | 1/2011 | Wang .............................. D3/232 |
| D720,131 S | * | 12/2014 | Siegel ............................ D3/233 |

| | | | | |
|---|---|---|---|---|
| 9,144,278 B2 | * | 9/2015 | Morrow ................... A45C 3/04 |
| D768,378 S | * | 10/2016 | Schilp ............................ D3/232 |
| 2004/0020813 A1 | * | 2/2004 | Moeller ................. A45C 11/00 |
| | | | | 206/425 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EM | 001726472-0001 | 6/2010 |
| EM | 001726472-0002 | 6/2010 |
| IE | 09/0718 | 6/2010 |

* cited by examiner

*Primary Examiner* — Charles Hanson
(74) *Attorney, Agent, or Firm* — Crose Law LLC; Bradley D. Crose

(57) **CLAIM**

The ornamental design for a foldable bag, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a foldable bag showing my new design;
FIG. **2** is a top perspective view thereof;
FIG. **3** is a side perspective view thereof;
FIG. **4** is a second front perspective view thereof;
FIG. **5** is a front plan view thereof;
FIG. **6** is a third front perspective view thereof;
FIG. **7** is an end perspective view thereof;
FIG. **8** is a an end plan view thereof;
FIG. **9** is a bottom plan view thereof; and,
FIG. **10** is a top plan view thereof.
The broken lines shown in the drawings are included for the purpose of illustrating environmental structure and form no part of the claimed design.

**1 Claim, 10 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,126,274**

**Registered Jan. 24, 2017**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Trolley Bags UK Ltd (UNITED KINGDOM CORPORATION)
Black Hand Barn, Ash Thomas
Tiverton EX16 4AL
UNITED KINGDOM

CLASS 18: carry-all bags; reusable shopping bags; textile shopping bags

The mark consists of the stylized word "TROLLEY" above the stylized wording "PACKING, SORTED". Next to the word "SORTED" is a shaded circle inside of which appears a checkmark. To the right of the wording appears a stylized design of a shopping cart with a shadow. Inside the cart appears the stylized word "BAGS" where a shaded rectangle surrounds each letter of the word "BAGS". Motion lines appear behind the shopping cart, including a line originating from the handle of the cart that extends over the word "TROLLEY".

PRIORITY DATE OF 11-12-2015 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1284449 DATED 11-18-2015, EXPIRES 11-18-2025

No claim is made to the exclusive right to use the following apart from the mark as shown: "TROLLEY BAGS" AND "PACKING"

SER. NO. 79-181,042, FILED 11-18-2015
TIMOTHY O SCHIMPF, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**EXHIBIT C**





**EXHIBIT D**



WEEKLY SALES ON AMAZON FOR LOTUS TROLLEY BAGS

2 COMPLAINTS IN
FEB CAUSED DELISTING

DELISTED FOR 18 DAYS IN APRIL
4 REPETITIVE COMPLAINTS MADE
TO AMAZON IN MAY

DELISTED OVER 20 DAYS IN MAY

DELISTED FOR ALL OF AUG & SEPT