| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of California on the following: _X_ Patents or ___ Trademarks:

| DOCKET NO.<br>3:18–cv–02109–LAB–JMA | DATE FILED<br>9/11/18 | US District Court Southern District of California<br>San Diego, CA |
|---|---|---|
| PLAINTIFF<br>Golden Eye Media USA, Inc. | | DEFENDANT<br>Trolley Bags UK Ltd., et al. |

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| 1. D779,828 | 6. | 11. |
| 2. 5,126,274 | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above–entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>__ Amendment __ Answer __ Cross Bill __ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| 1. | 6. | 11. |
| 2. | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK<br>John Morrill | (BY) DEPUTY CLERK | DATE |
|---|---|---|