| | |
|---|---|
| 1 | HONIGMAN LLP |
| 2 | J. Michael Huget (admitted pro hac vice)<br>Email: mhuget@honigman.com<br>Matthew Mrkonic (SBN 266779) |
| 3 | Email: mmrkonic@honigman.com<br>2290 FIRST NATIONAL BUILDING |
| 4 | 660 WOODWARD AVENUE<br>DETROIT, MI 48226-3506 |
| 5 | Telephone:  734-418-4200<br>Facsimile:   734-418-4201 |
| 6 | Attorneys for Defendants<br>TROLLEY BAGS UK LTD, and |
| 7 | BERGHOFF INTERNATIONAL, INC. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GOLDEN EYE MEDIA USA, INC., a California corporation | | Case No. 3:18-cv-2109-BEN-LL |
| | Plaintiff and Counterdefendant, | Hon. Roger T. Benitez<br>Hon. Mag. Linda Lopez |
| v. | | **DEFENDANTS AND COUNTERCLAIMANTS' MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS AND TO JOIN PARTIES** |
| TROLLEY BAGS UK LTD, a corporation of the United Kingdom; and BERGHOFF INTERNATIONAL, INC., a Florida corporation | | |
| | Defendants and Counterclaimants. | Date:  March 25, 2019<br>Time:  10:30 a.m.<br>Courtroom: 5A |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, March 25, 2019, at 10:30 a.m. or as soon thereafter as counsel may be heard, Defendants and Counterclaimants Trolley Bags UK Ltd. ("**Trolley Bags**") and BergHOFF International, Inc. ("**BergHOFF**") shall move, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15.1, for an Order granting leave to amend their Answer and Counterclaims and, pursuant to Federal Rules of Civil Procedure 20, for an order joining Plaintiff's owners, Farzan Dehmoubed and Jennifer Duvall, as Counterdefendants.

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Counterclaimants should be permitted to amend their Counterclaims to add claims that arose after the filing of the initial Counterclaims. These new claims, which involve factual and legal issues that overlap with the claims already pending in the case, are against Plaintiff and its owners. Counterclaimants therefore also seek to join Plaintiff's owners as Counterdefendants.

In support of their Motion, Defendants and Counterclaimants shall rely on the accompanying Memorandum of Points and Authorities and the proposed First Amended Answer and Counterclaims attached as <u>Exhibit 1</u> thereto. A copy of the proposed First Amended Answer and Counterclaims, which shows changes from the original Answer and Counterclaims, is attached as <u>Exhibit 2</u> to the Memorandum of Points and Authorities.

Dated:  February 19, 2019

Respectfully submitted,

HONIGMAN LLP

By: <u>/s/Matthew Mrkonic</u>
Matthew Mrkonic (SBN 266779)
mmrkonic@honigman.com
J. Michael Huget (admitted pro hac vice)
mhuget@honigman.com
Attorneys for Defendants
TROLLEY BAGS UK LTD, and
BERGHOFF INTERNATIONAL, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants in this matter.

Dated:  February 19, 2019

                                            */s/ Matthew Mrkonic*
                                            Matthew Mrkonic