1   TREVOR Q. CODDINGTON, PH.D. (CSB NO. 243042)
2   trevorcoddington@sandiegoiplaw.com
    CODY R. LEJEUNE (CSB NO. 249242)
3   codylejeune@sandiegoiplaw.com
    CHARLES A. BLAZER (CSB NO. 282495)
4   charlesblazer@sandiegoiplaw.com
5   **INSIGNE LLP**
6   701 Palomar Airport Rd., Suite 230
    Carlsbad, CA 92011
7   Telephone: (858) 227-6633
8   Facsimile: (858) 408-4422

9   Attorneys for Plaintiff, Counter-Defendants
    GOLDEN EYE MEDIA USA, INC., FARZAN DEHMOUBED and
10  JENNIFER DUVALL

11
                    **UNITED STATES DISTRICT COURT**
12
13                **SOUTHERN DISTRICT OF CALIFORNIA**

14  | | |
|---|---|
| GOLDEN EYE MEDIA USA, INC., a California corporation,<br><br>                              Plaintiff,<br>v.<br>TROLLEY BAGS UK LTD, a corporation of the United Kingdom; and BERGHOF INTERNATIONAL, INC., a Florida corporation,<br><br>                              Defendants. | Case No.: 3:18-CV-02109-BEN-LL<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR GOLDEN EYE MEDIA USA, INC.; FARZAN DEHMOUBED; AND JENNIFER DUVALL** |
| TROLLEY BAGS UK LTD, a corporation of the United Kingdom; and BERGHOFF INTERNATIONAL, INC., a Florida corporation,<br><br>                              Counterclaimants<br>v.<br>GOLDEN EYE MEDIA USA, INC., a California corporation; FARZAN DEHMOUBED, an individual; and JENNIFER DUVALL, an individual,<br><br>                              Counter-Defendants. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR GOLDEN EYE MEDIA USA, INC.; FARZAN DEHMOUBED; AND JENNIFER DUVALL**

1    Withdrawing counsel for Plaintiff/Counter-Defendant Golden Eye Media USA,

2 Inc. and Counter-Defendants Farzan Dehmoubed and Jennifer Duvall are:

3

4        Joseph A. Mandour
         MANDOUR & ASSOCIATES, APC
5        8605 Santa Monica Blvd., Suite 1500
         Los Angeles, CA 90069
6        Email: jmandour@mandourlaw.com

7

8        Gordon E. Gray
         MANDOUR & ASSOCIATES, APC
9        8605 Santa Monica Blvd., Suite 1500
         Los Angeles, CA 90069
10        Email: ggray@mandourlaw.com

11

12        Ben T. Lila
         MANDOUR & ASSOCIATES, APC
13        8605 Santa Monica Blvd., Suite 1500
         Los Angeles, CA 90069
14        Email: blila@mandourlaw.com

15

16        All pleadings, orders and notices should henceforth be served upon the following

17 substituted counsel for Golden Eye Media USA, Inc.; Farzan Dehmoubed; and Jennifer

18 Duvall:

19        Trevor Q. Coddington, Ph.D.
         INSIGNE LLP
20        701 Palomar Airport Rd., Suite 230
         Carlsbad, CA 92011
21        Email: trevorcoddington@sandiegoiplaw.com

22

23        Cody R. LeJeune
         INSIGNE LLP
24        701 Palomar Airport Rd., Suite 230
         Carlsbad, CA 92011
25        Email: codylejeune@sandiegoiplaw.com

26

27

28

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR GOLDEN EYE MEDIA USA, INC.; FARZAN DEHMOUBED; AND JENNIFER DUVALL**

3:18-CV-02109-BEN-LL

Charles A. Blazer
INSIGNE LLP
701 Palomar Airport Rd., Suite 230
Carlsbad, CA 92011
Email: charlesblazer@sandiegoiplaw.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

**GOLDEN EYE MEDIA USA, INC.**

Dated: August 26, 2019          By: _____
                                     Farzan Dehmoubed, CEO

**FARZAN DEHMOUBED**

Dated: August 26, 2019          By: _____
                                     Farzan Dehmoubed

**JENNIFER DUVALL**

Dated: August 26, 2019          By: _____
                                     Jennifer Duvall

**INSIGNE LLP**

Dated: August 26, 2019          By: /s/ Cody R. LeJeune_____
                                     Cody R. LeJeune

**MANDOUR & ASSOCIATES APC**

Dated: August 26, 2019          By: /s/ Ben T. Lila_____
                                     Ben T. Lila

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR GOLDEN EYE MEDIA USA, INC.; FARZAN
DEHMOUBED; AND JENNIFER DUVALL

3:18-CV-02109-BEN-LL

1    I hereby attest that I obtained concurrence in the filing of this document each

2    of the other signatories on this e-filed document.

3

4                                    **INSIGNE LLP**

     Dated: August 26, 2019          By:    /s/ Cody R. LeJeune
5                                            Cody R. LeJeune

6    The above withdrawal and substitution of counsel is approved and so

7    ORDERED.

8

9

10   Dated: _____, 2019         _____

11                                    JUDGE OF THE UNITED STATES
                                      DISTRICT COURT
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR GOLDEN EYE MEDIA USA, INC.; FARZAN
DEHMOUBED; AND JENNIFER DUVALL
                                                          3:18-CV-02109-BEN-LL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2019, I caused a copy of the NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR GOLDEN EYE MEDIA USA, INC.; FARZAN DEHMOUBED; AND JENNIFER DUVAL to be served via the Court's CM/ECF system to counsel of record for all parties, who are deemed to have consented to electronic service using the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 26, 2019          By:    /s/ Cody R. LeJeune
                                        Cody R. LeJeune