FILED

SEP 03 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN EYE MEDIA USA, INC., a California corporation; FARZAN DEHMOUBED, an individual; and JENNIFER DUVALL, an individual,<br><br>Plaintiff / Counter-Defendants,<br><br>v.<br><br>TROLLEY BAGS UK LTD, a corporation of the United Kingdom; and BERGHOF INTERNATIONAL, INC., a Florida corporation,<br><br>Defendants / Counterclaimants. | Case No.: 3:18-cv-02109-BEN-LL<br><br>**ORDER GRANTING REQUEST TO SUBSTITUTE COUNSEL**<br><br>[Doc. No. 38.] |

The Court has reviewed the Notice of Withdrawal and Request to Substitute Counsel filed by Plaintiff / Counter-Defendants Golden Eye Media USA, Inc., Farzan Dehmoubed and Jennifer Duvall (collectively "Plaintiffs"). The Request is hereby **GRANTED**. Plaintiffs' former counsel of record, Attorneys Joseph A. Mandour, Gordon E. Gray, and Ben T. Lila of Mandour & Associates, APC, is substituted with Plaintiffs' new counsel of record, Trevor Q. Coddington, Cody R. LeJeune, and Charles A. Blazer of Insigne LLP. The clerk shall remove Mr. Mandour, Mr. Gray, and Mr. Lila as counsel of record in this matter.

**IT IS SO ORDERED.**

Dated: 8/31, 2019

Hon. Roger T. Benitez
United States District Judge

1