UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN EYE MEDIA, USA, INC., <br><br>Plaintiff, <br><br>v. <br><br>TROLLEY BAGS UK LTD; and BERGHOFF INTERNATIONAL, INC., <br><br>Defendants <br>_____ <br><br>AND RELATED COUNTERCLAIMS. | Case No.: 18cv2109-BEN-LL <br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** <br><br>**[ECF No. 39]** |

After considering the parties' Joint Motion to Amend Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings [ECF No. 39], the Court finds good cause and **GRANTS** the joint motion.[1] Accordingly, the following dates are **RESET** as follows:

///

///

---

[1] Because the Court is granting the parties' request to extend the deadline to file pretrial motions, the Court also finds it necessary to move the subsequent deadlines, even though the parties did not request their extensions.

| Event | Current Date | New Date |
|---|---|---|
| Fact-Discovery Deadline | September 19, 2019 | November 22, 2019 |
| Expert Designation/Opening Expert Reports | October 21, 2019 | December 13, 2019 |
| Supplemental Expert Designation/Rebuttal Expert Reports | November 12, 2019 | January 10, 2020 |
| Expert Discovery Deadline | December 20, 2019 | February 21, 2020 |
| Pretrial Motion Deadline | January 27, 2020 | March 27, 2020 |
| Confidential Settlement Statements | April 10, 2020 | May 12, 2020 |
| Mandatory Settlement Conference | April 20, 2020 | May 20, 2020 at 9:30 a.m. |
| FRCP 26(a)(3) Pretrial Disclosures | May 4, 2020 | June 3, 2020 |
| Civil LR 16.1(f)(4) Meeting | May 11, 2020 | June 10, 2020 |
| Civ. LR 16.1(f) Pretrial Order Exchange by Plaintiff | May 18, 2020 | June 17, 2020 |
| Proposed Final Pretrial Conference Order | May 26, 2020 | June 25, 2020 |
| Final Pretrial Conference | June 1, 2020 | July 6, 2020 at 10:30 a.m. |

All other requirements and guidelines remain as previously set. See ECF No. 24.

**IT IS SO ORDERED**.

Dated:  September 6, 2019

_____
Honorable Linda Lopez
United States Magistrate Judge