UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN EYE MEDIA USA, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TROLLEY BAGS UK LTD, a corporation of the United Kingdom; and BERGHOFF INTERNATIONAL, INC., a Florida corporation,<br><br>    Defendants. | Case No.: 3:18-cv-02109-BEN-LL<br><br>**ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY AT THE FINAL PRETRIAL CONFERENCE**<br><br>**[Doc. No. 71]** |
| TROLLEY BAGS UK LTD, a corporation of the United Kingdom; and BERGHOFF INTERNATIONAL, INC., a Florida corporation,<br><br>    Counter-Claimants,<br><br>v.<br><br>GOLDEN EYE MEDIA USA, INC., a California corporation; FARZAN DEHMOUBED, an individual; and JENNIFER DUVALL, an individual,<br><br>    Counter-Defendants and Third-Party Defendants. | |

     Defendants' and Counter-Claimants' counsel Sarah E. Waidelich and Matthew Mrkonic request to appear telephonically at the Final Pretrial Conference scheduled for August 3, 2020, at 10:30 a.m.  Ms. Waidelich and Mr. Mrkonic are located in Detroit, Michigan.  The motion is opposed by Plaintiff's counsel.  Given the current COVID-19 health crisis and consistent with the Chief Judge's July 13, 2020 Order, the motion is **GRANTED**.  Ms. Waidelich and Mr. Mrkonic may appear telephonically for the Final Pretrial Conference by providing the Court with a toll-free call-in number and any passcode required to access the line.  This information shall be provided to the Court through the Court's efile email account **NO LATER THAN July 31, 2020 at 7:00 p.m.**  Ms. Waidelich and Mr. Mrkonic shall be available on the line from the time the matter is set until it is called.

     **IT IS SO ORDERED.**

Dated:  July 29, 2020

                                                  Hon. Roger T. Benitez
                                                  United States District Judge