SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
John Burns (SBN 290523)
E-mail:  jburns@sheppardmullin.com
501 W Broadway, Floor 19
San Diego, CA 92101-8541
Telephone: (619) 338-6588

HONIGMAN LLP
J. Michael Huget (admitted pro hac vice) (MI SBN P39150)
Email: mhuget@honigman.com
Matthew Mrkonic (SBN 266779)
Email: mmrkonic@honigman.com
Sarah E. Waidelich (admitted pro hac vice) (MI SBN P80225)
Email: swaidelich@honigman.com
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone:  734-418-4200
Facsimile:   734-418-4201

Attorneys for Defendants and Counterclaimants

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN EYE MEDIA USA, INC., a California corporation<br><br>   Plaintiff and Counterdefendant,<br><br> v.<br><br>TROLLEY BAGS UK LTD, a corporation of the United Kingdom; and BERGHOFF INTERNATIONAL, INC., a Florida corporation,<br><br>   Defendants and Counterclaimants. | Case No. 3:18-cv-02109-BEN-LL<br><br>Assigned to Hon. Roger T. Benitez<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP AND HONIGMAN LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT BERGHOFF INTERNATIONAL, INC.  UNDER CAL. R. PROF. CONDUCT 1.16(B)**<br><br>[*Notice of Motion and Motion filed concurrently*] |
| TROLLEY BAGS UK LTD, a corporation of the United Kingdom; and BERGHOFF INTERNATIONAL, INC., a Florida corporation,<br><br>   Counterclaimants,<br><br> v.<br><br>FARZAN DEHMOUBED, an individual; and JENNIFER DUVALL, an individual,<br><br>   Counterdefendants. | Date:  December 7, 2020<br>Time:  10:30 a.m.<br><br>Courtroom:  5A<br>Judge:  Hon. Roger T. Benitez |

The law firms of Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin") and Honigman LLP ("Honigman") submit this Brief in support of their motion to withdraw as counsel for Defendant and Counterclaimant BergHOFF International, Inc. ("BergHOFF"). Sheppard Mullin and Honigman do not seek to withdraw from their representation of Defendant and Counterclaimant Trolley Bags UK LTD.

Rule 1.16(b) of the California Rules of Professional Conduct permits an attorney to withdraw from representation of a client for several enumerated grounds. Here, Sheppard Mullin and Honigman should be permitted to withdraw from their representation of BergHOFF because there are multiple grounds for withdrawal under Rule 1.16(b). Sheppard Mullin and Honigman have taken reasonable steps to prevent any potential prejudice to BergHOFF under Rule 1.16(d) of the California Rules of Professional Conduct, including providing reasonable notice to BergHOFF. Sheppard Mullin and Honigman will also promptly comply with all of their obligations under Rule 1.16(e) upon the granting of this Motion.

A copy of the Motion and this Brief in Support have been served on BergHOFF and its regular outside counsel via email and U.S. Mail, as well as all counsel of record using the Court's ECF system. Sheppard Mullin and Honigman request that BergHOFF be granted 14 days to engage new counsel.

WHEREFORE, Sheppard Mullin and Honigman respectfully request that the Court enter an Order allowing them to withdraw from representation of BergHOFF in this matter and granting BergHOFF 14 days to engage new counsel.

/ / /

/ / /

/ / /

Respectfully submitted:

Dated:  November 3, 2020

/s/*John Burns*
John Burns (SBN 290523)
jburns@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
501 W BROADWAY, FL 19
San Diego, CA 92101-8541
(619) 338-6588

/s/*Matthew Mrkonic*
Matthew Mrkonic (SBN 266779)
J. Michael Huget (admitted pro hac vice)
Sarah E. Waidelich (admitted pro hac vice)
mmrkonic@honigman.com
mhuget@honigman.com
swaidelich@honigman.com
HONIGMAN LLP
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226-3506
(734) 418-4200

Attorneys for Defendants and
Counterclaimants

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 3, 2020, I filed the foregoing using the Court's ECF system, which served a copy of the foregoing to all counsel of record.

I further certify that on November 3, 2020 I had a copy of the foregoing sent to BergHOFF International and its regular outside counsel via email and U.S. Mail at the following addresses:

BergHOFF International, Inc.  Elizabeth J. Coviello
Attn: Raymond Van Den Langenberg Law Office of Elizabeth J. Coviello
11063 SR 54  6400 Madison Street
Odessa, Florida 33556  New Port Richey, FL 34652
ray@berghoffusa.com  covielaw@gmail.com


Dated:  November 3, 2020

         */s/ John Burns*
         John Burns