1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| GOLDEN EYE MEDIA USA, INC., a California corporation, | Case No.: 3:18-cv-02109-BEN-LL |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| TROLLEY BAGS UK LTD, a corporation of the United Kingdom; and BERGHOFF INTERNATIONAL, INC., a Florida corporation, | **[ECF Nos. 101, 109]** |
| Defendant. | |
| TROLLEY BAGS UK LTD, a corporation of the United Kingdom; and BERGHOFF INTERNATIONAL, INC., a Florida corporation, | |
| Counterclaimants, | |
| v. | |
| GOLDEN EYE MEDIA USA, INC., a California corporation; FARZAN DEHMOUBED, an individual; and JENNIFER DUVALL, an individual, | |
| Counterdefendants. | |

-1-

## I. ORDER

Plaintiff/Counterdefendant GOLDEN EYE MEDIA USA, INC., a California corporation ("Plaintiff") brings this action for a declaratory judgment of non-infringement against Defendants/Counterclaimants TROLLEY BAGS UK LTD, a corporation of the United Kingdom ("Trolley Bags"); and BERGHOFF INTERNATIONAL, INC., a Florida corporation ("Berghoff") (collectively, "Defendants"). ECF No. 1.

Before the Court are Defendants' Motions to File Documents Under Seal, ECF Nos. 101 and 109. The Motions were submitted on the papers without oral argument pursuant to Civil Local Rule 7.1(d)(1) and Rule 78(b) of the Federal Rules of Civil Procedure. After considering the papers submitted, supporting documentation, and applicable law, the Court **GRANTS IN PART** and **DENIES IN PART** Defendants' Motions to File Documents Under Seal, ECF Nos. 101 and 109, finding each document sought to be sealed addressed by the Court's previous order on other motions to seal. *See* ECF No. 129.

On November 16, 2020, Defendants filed a Motion to File Under Seal Exhibits D and E to the Declaration of Matthew Mrkonic in Support of Defendants' Motions *in Limine*. ECF No. 101 (Sealed Lodged 102). Exhibit D was a document bearing bates number GEM000451, purporting to demonstrate Plaintiff's lost sales on Amazon.com. ECF No. 101 at 3:5-8. The Court previously granted a request to seal the same document. *See* ECF No. 129 at 7:20-25. As such, the Court's previous order remains in effect, and the Clerk of the Court is directed to file Exhibit D under seal.

Exhibit E are document produced by Plaintiff in this case bearing bates numbers GEM000221-GEM000248, which "purports to show Plaintiff's Amazon sales information." ECF No. 101 at 3:9-13. The Court previously denied a request to seal this same information. *See* ECF No. 129 at 7:25-8:27. As such, the Court's previous order remains in effect, and the Clerk shall file the unredacted version of Exhibit E, lodged at ECF No. 102, in the public record. Defendants have five days to withdraw the unredacted version of this exhibit or it shall be filed in the public record in accordance with this Order.

On November 30, 2020, Defendants filed another Motion to File Documents Under

Seal, ECF No. 109, seeking to seal Exhibit B to the Declaration of Matthew Mrkonic submitted in support to Defendants' Reply to Plaintiff's Motion in *Limine* No. 3. Exhibit B contained detailed sales data for the years 2016 through 2019 designated as TROLLEYBAGS000274-TROLLEYBAGS000275. ECF No. 109 at 3:6-10. The Court previously granted a request to seal the same documents. *See* ECF No. 129 at 9:14-26. As such, the Court's previous order remains in effect, and the Clerk of the Court is directed to file Exhibit B to the Declaration of Matthew Mrkonic submitted in support to Defendants' Reply to Plaintiff's Motion in *Limine* No. 3 under seal, which was lodged under seal as ECF No. 110.

**IT IS SO ORDERED.**

DATED:   March 15, 2021

**HON. ROGER T. BENITEZ**
United States District Judge