**EXHIBIT E**

**FILED UNDER SEAL**

## ACTUAL SALES ON AMAZON
Last updated February 2, 2019 11:05:18 AM PST

Date          Custom [December 1, 2017 - February 2, 2019]
Sales breakd Marketplace total
Fulfillment cl Both (Amazon and seller)

| Time | SALES | 30 Day previous average | Lost sales based on Average |
|------|-------|-------------------------|------------------------------|
| 12/1/17 | $958.62 | | |
| 12/2/17 | $1,377.70 | | |
| 12/3/17 | $1,257.90 | | |
| 12/4/17 | $1,323.10 | | |
| 12/5/17 | $1,373.66 | | |
| 12/6/17 | $1,797.56 | | |
| 12/7/17 | $1,712.55 | | |
| 12/8/17 | $1,363.05 | | |
| 12/9/17 | $4,683.30 | | |
| 12/10/17 | $2,376.60 | | |
| 12/11/17 | $3,075.60 | | |
| 12/12/17 | $2,865.90 | | |
| 12/13/17 | $3,145.50 | | |
| 12/14/17 | $3,250.35 | | |
| 12/15/17 | $3,145.50 | | |
| 12/16/17 | $4,333.80 | | |
| 12/17/17 | $4,962.90 | | |
| 12/18/17 | $4,124.10 | | |
| 12/19/17 | $3,914.40 | | |
| 12/20/17 | $3,599.85 | | |
| 12/21/17 | $2,830.95 | | |
| 12/22/17 | $2,131.95 | | |
| 12/23/17 | $1,083.45 | | |
| 12/24/17 | $943.65 | | |
| 12/25/17 | $1,083.45 | | |
| 12/26/17 | $1,537.80 | | |
| 12/27/17 | $1,992.15 | | |
| 12/28/17 | $2,271.75 | | |
| 12/29/17 | $1,887.30 | | |
| 12/30/17 | $3,355.20 | | |
| 12/31/17 | $2,097.00 | | |
| 1/1/18 | $4,508.55 | $2,496.60 | |
| 1/2/18 | $3,529.95 | $2,600.96 | |
| 1/3/18 | $4,194.00 | $2,676.70 | |
| 1/4/18 | $3,390.15 | $2,772.39 | |
| 1/5/18 | $3,774.60 | $2,839.61 | |
| 1/6/18 | $2,935.80 | $2,905.51 | |
| 1/7/18 | $4,648.35 | $2,946.29 | |
| 1/8/18 | $3,180.45 | $3,055.80 | |
| 1/9/18 | $3,005.70 | $3,005.70 | |
| 1/10/18 | $1,747.50 | $3,026.67 | |
| 1/11/18 | $2,097.00 | $2,982.40 | |
| 1/12/18 | $2,201.85 | $2,956.77 | |
| 1/13/18 | $2,656.20 | $2,925.32 | |
| 1/14/18 | $3,250.35 | $2,905.51 | |
| 1/15/18 | $2,411.55 | $2,909.01 | |
| 1/16/18 | $1,992.15 | $2,844.93 | |
| 1/17/18 | $1,782.45 | $2,745.91 | |
| 1/18/18 | $1,398.00 | $2,667.85 | |
| 1/19/18 | $1,537.80 | $2,583.97 | |
| 1/20/18 | $1,223.25 | $2,515.24 | |
| 1/21/18 | $2,062.05 | $2,461.65 | |
| 1/22/18 | $1,363.05 | $2,459.32 | |
| 1/23/18 | $1,607.70 | $2,468.64 | |
| 1/24/18 | $978.60 | $2,490.77 | |
| 1/25/18 | $1,502.85 | $2,487.28 | |
| 1/26/18 | $2,446.50 | $2,486.11 | |
| 1/27/18 | $2,097.00 | $2,501.26 | |
| 1/28/18 | $2,900.85 | $2,495.43 | |
| 1/29/18 | $1,817.40 | $2,529.22 | |
| 1/30/18 | $2,586.30 | $2,477.96 | |

Latest complaints to amazon knocking us off
Feb 10th 2018 complained to amazon
  ❖ Feb 12th reinstated
Feb 14th 2019 complained to amazon
  ❖ Feb 16th reinstated
April 5th 2018 complained to amazon
  ❖ April 15th reinstated
April 16th 2018 complained to amazon
  ❖ April 16th reinstated
April 16th 2018 complained to amazon
  ❖ April 19th reinstated
April 24th 2018 complained to amazon
  ❖ May 5th reinstated
April 5th 2018 complained to amazon
  ❖ May 13th reinstated
May 14th complained to amazon
  ❖ May 14th reinstated
May 16th complained to amazon
  ❖ June 16th reinstated
  ❖ June 19th reinstated
June 20th complained to amazon
  ❖ June 21st reinstated
June 25th complained to amazon
  ❖ July 1st reinstated
July 2nd complained to amazon
  ❖ July 3rd reinstated
July 17th complained to amazon
  ❖ July 21st resisted
Sept 5th complained to amazon again.
  ❖ Oct 17th reinstated
  ❖ Oct 22nd reinstated
Sept 11th complained to amazon again.
  ❖ Nov 12th reinstated
Nov 28th complained to amazon again for Club Cart Bag
  ❖ Jan 3rd reinstated
Jan 4th, 2019 complained to amazon again.
Jan 7, 2018 – complained to amazon again.
  ❖ Jan 8th reinstated
Jan 28th 2019 – delisted Club Club Cart and Lotus Trolley Bag.

**Typically it takes 7-20 days after being relisted to recoup the ranking and sales we had prior to being falsely delisted**



EXHIBIT
10
DuvaII
PENGAD 800-631-6989

GEM 221

| Date | | | |
|---|---|---|---|
| 1/31/18 | $1,962.55 | $2,494.27 | |
| 2/1/18 | $2,166.90 | $2,409.40 | |
| 2/2/18 | $1,537.80 | $2,363.96 | |
| 2/3/18 | $1,153.35 | $2,275.42 | |
| 2/4/18 | $2,062.05 | $2,200.86 | |
| 2/5/18 | $1,677.60 | $2,143.78 | |
| 2/6/18 | $2,586.30 | $2,101.84 | |
| 2/7/18 | $1,502.85 | $2,033.10 | |
| 2/8/18 | $104.85 | $1,977.18 | |
| 2/9/18 | $1,398.00 | $1,880.49 | |
| 2/10/18 | $1,363.05 | $1,868.84 | |
| 2/11/18 | $0.00 | $1,844.37 | $1,844.37 |
| 2/12/18 | $1,083.45 | | $760.92 |
| 2/13/18 | $978.60 | | $865.77 |
| 2/14/18 | $0.00 | | $1,844.37 |
| 2/15/18 | $0.00 | | $1,844.37 |
| 2/16/18 | $978.60 | | $865.77 |
| 2/17/18 | $1,398.00 | | $446.37 |
| 2/18/18 | $1,398.00 | | $446.37 |
| 2/19/18 | $1,258.20 | | $586.17 |
| 2/20/18 | $1,852.35 | | |
| 2/21/18 | $1,013.55 | | |
| 2/22/18 | $1,398.00 | | |
| 2/23/18 | $1,398.00 | | |
| 2/24/18 | $908.70 | | |
| 2/25/18 | $2,097.00 | | |
| 2/26/18 | $1,782.45 | | |
| 2/27/18 | $1,153.35 | | |
| 2/28/18 | $1,118.40 | | |
| 3/1/18 | $2,166.90 | | |
| 3/2/18 | $1,642.65 | | |
| 3/3/18 | $1,293.15 | | |
| 3/4/18 | $1,398.00 | | |
| 3/5/18 | $1,747.50 | | |
| 3/6/18 | $1,083.45 | | |
| 3/7/18 | $1,922.25 | | |
| 3/8/18 | $1,642.65 | | |
| 3/9/18 | $978.60 | | |
| 3/10/18 | $1,013.55 | | |
| 3/11/18 | $1,467.90 | | |
| 3/12/18 | $978.60 | | |
| 3/13/18 | $943.65 | | |
| 3/14/18 | $1,118.40 | | |
| 3/15/18 | $908.70 | | |
| 3/16/18 | $908.70 | | |
| 3/17/18 | $1,223.25 | | |
| 3/18/18 | $1,512.90 | | |
| 3/19/18 | $1,398.00 | | |
| 3/20/18 | $1,223.25 | | |
| 3/21/18 | $978.60 | | |
| 3/22/18 | $733.95 | | |
| 3/23/18 | $768.90 | | |
| 3/24/18 | $594.15 | | |
| 3/25/18 | $1,537.80 | | |
| 3/26/18 | $664.05 | | |
| 3/27/18 | $2,306.70 | | |
| 3/28/18 | $1,817.40 | | |
| 3/29/18 | $664.05 | | |
| 3/30/18 | $1,328.10 | | |
| 3/31/18 | $1,223.25 | | |
| 4/1/18 | $978.60 | | |
| 4/2/18 | $1,048.50 | | |
| 4/3/18 | $943.65 | | |
| 4/4/18 | $1,293.15 | | |
| 4/5/18 | $34.95 | $1,192.01 | $1,157.06 |
| 4/6/18 | $768.90 | | $423.11 |
| 4/7/18 | $629.10 | | $562.91 |
| 4/8/18 | $978.60 | | $213.41 |
| 4/9/18 | $629.10 | | $562.91 |
| 4/10/18 | $768.90 | | $423.11 |
| 4/11/18 | $768.90 | | $423.11 |
| 4/12/18 | $629.10 | | $562.91 |
| 4/13/18 | $104.85 | | $1,087.16 |
| 4/14/18 | $509.25 | | $682.76 |
| 4/15/18 | $577.15 | | $614.86 |

| Date | Amount | Amount |
|---|---|---|
| 4/16/18 | $169.75 | $1,022.26 |
| 4/17/18 | $577.15 | $614.86 |
| 4/18/18 | $780.85 | $411.16 |
| 4/19/18 | $679.00 | $513.01 |
| 4/20/18 | $441.35 | $750.66 |
| 4/21/18 | $1,459.85 | |
| 4/22/18 | $1,765.40 | |
| 4/23/18 | $1,493.80 | |
| 4/24/18 | $441.39 | $750.62 |
| 4/25/18 | $849.75 | $342.26 |
| 4/26/18 | $645.81 | $546.20 |
| 4/27/18 | $169.95 | $1,022.06 |
| 4/28/18 | $509.85 | $682.16 |
| 4/29/18 | $1,087.68 | $104.33 |
| 4/30/18 | $1,393.59 | |
| 5/1/18 | $917.73 | $274.28 |
| 5/2/18 | $2,413.29 | |
| 5/3/18 | $1,223.64 | |
| 5/4/18 | $0.00 | $1,192.01 |
| 5/5/18 | $0.00 | $1,192.01 |
| 5/6/18 | $0.00 | $1,192.01 |
| 5/7/18 | $0.00 | $1,192.01 |
| 5/8/18 | $0.00 | $1,192.01 |
| 5/9/18 | $0.00 | $1,192.01 |
| 5/10/18 | $0.00 | $1,192.01 |
| 5/11/18 | $0.00 | $1,192.01 |
| 5/12/18 | $0.00 | $1,192.01 |
| 5/13/18 | $759.00 | $433.01 |
| 5/14/18 | $103.50 | $1,088.51 |
| 5/15/18 | $0.00 | $1,192.01 |
| 5/16/18 | $0.00 | $1,192.01 |
| 5/17/18 | $0.00 | $1,192.01 |
| 5/18/18 | $0.00 | $1,192.01 |
| 5/19/18 | $0.00 | $1,192.01 |
| 5/20/18 | $0.00 | $1,192.01 |
| 5/21/18 | $0.00 | $1,192.01 |
| 5/22/18 | $0.00 | $1,192.01 |
| 5/23/18 | $0.00 | $1,192.01 |
| 5/24/18 | $0.00 | $1,192.01 |
| 5/25/18 | $0.00 | $1,192.01 |
| 5/26/18 | $0.00 | $1,192.01 |
| 5/27/18 | $0.00 | $1,192.01 |
| 5/28/18 | $0.00 | $1,192.01 |
| 5/29/18 | $0.00 | $1,192.01 |
| 5/30/18 | $0.00 | $1,192.01 |
| 5/31/18 | $0.00 | $1,192.01 |
| 6/1/18 | $0.00 | $1,192.01 |
| 6/2/18 | $0.00 | $1,192.01 |
| 6/3/18 | $0.00 | $1,192.01 |
| 6/4/18 | $0.00 | $1,192.01 |
| 6/5/18 | $0.00 | $1,192.01 |
| 6/6/18 | $0.00 | $1,192.01 |
| 6/7/18 | $0.00 | $1,192.01 |
| 6/8/18 | $0.00 | $1,192.01 |
| 6/9/18 | $0.00 | $1,192.01 |
| 6/10/18 | $0.00 | $1,192.01 |
| 6/11/18 | $0.00 | $1,192.01 |
| 6/12/18 | $0.00 | $1,192.01 |
| 6/13/18 | $0.00 | $1,192.01 |
| 6/14/18 | $0.00 | $1,192.01 |
| 6/15/18 | $0.00 | $1,192.01 |
| 6/16/18 | $172.50 | $1,019.51 |
| 6/17/18 | $557.85 | $634.16 |
| 6/18/18 | $733.95 | $458.06 |
| 6/19/18 | $1,432.95 | |
| 6/20/18 | $2,621.25 | |
| 6/21/18 | $594.83 | $2,026.42 |
| 6/22/18 | $1,364.61 | |
| 6/23/18 | $1,399.60 | |
| 6/24/18 | $1,644.53 | |
| 6/25/18 | $1,119.68 | |
| 6/26/18 | $0.00 | $1,192.01 |
| 6/27/18 | $0.00 | $1,192.01 |
| 6/28/18 | $0.00 | $1,192.01 |
| 6/29/18 | $0.00 | $1,192.01 |

| Date | Amount | | Balance |
|------|--------|---|---------|
| 6/30/18 | $0.00 | | $1,192.01 |
| 7/1/18 | $0.00 | | $1,192.01 |
| 7/2/18 | $1,258.20 | | |
| 7/3/18 | $1,817.40 | | |
| 7/4/18 | $2,236.80 | | |
| 7/5/18 | $2,027.10 | | |
| 7/6/18 | $1,432.95 | | |
| 7/7/18 | $2,555.50 | | |
| 7/8/18 | $4,064.50 | | |
| 7/9/18 | $3,103.80 | | |
| 7/10/18 | $2,992.95 | | |
| 7/11/18 | $3,140.75 | | |
| 7/12/18 | $2,401.75 | | |
| 7/13/18 | $1,995.30 | | |
| 7/14/18 | $2,512.60 | | |
| 7/15/18 | $1,995.30 | | |
| 7/16/18 | $3,326.00 | 20 day average sales: | |
| 7/17/18 | $3,010.10 | $2,574.19 | |
| 7/18/18 | $0.00 | | $2,574.19 |
| 7/19/18 | $0.00 | | $2,574.19 |
| 7/20/18 | $0.00 | | $2,574.19 |
| 7/21/18 | $0.00 | | $2,574.19 |
| 7/22/18 | $728.00 | | $1,846.19 |
| 7/23/18 | $683.05 | | $1,891.14 |
| 7/24/18 | $826.85 | | $1,747.34 |
| 7/25/18 | $467.35 | | $2,106.84 |
| 7/26/18 | $0.00 | | $2,574.19 |
| 7/27/18 | $0.00 | | $2,574.19 |
| 7/28/18 | $0.00 | | $2,574.19 |
| 7/29/18 | $0.00 | | $2,574.19 |
| 7/30/18 | $0.00 | | $2,574.19 |
| 7/31/18 | $0.00 | | $2,574.19 |
| 8/1/18 | $0.00 | | $2,574.19 |
| 8/2/18 | $0.00 | | $2,574.19 |
| 8/3/18 | $0.00 | | $2,574.19 |
| 8/4/18 | $0.00 | | $2,574.19 |
| 8/5/18 | $0.00 | | $2,574.19 |
| 8/6/18 | $0.00 | | $2,574.19 |
| 8/7/18 | $0.00 | | $2,574.19 |
| 8/8/18 | $0.00 | | $2,574.19 |
| 8/9/18 | $0.00 | | $2,574.19 |
| 8/10/18 | $0.00 | | $2,574.19 |
| 8/11/18 | $0.00 | | $2,574.19 |
| 8/12/18 | $0.00 | | $2,574.19 |
| 8/13/18 | $0.00 | | $2,574.19 |
| 8/14/18 | $0.00 | | $2,574.19 |
| 8/15/18 | $0.00 | | $2,574.19 |
| 8/16/18 | $0.00 | | $2,574.19 |
| 8/17/18 | $0.00 | | $2,574.19 |
| 8/18/18 | $0.00 | | $2,574.19 |
| 8/19/18 | $0.00 | | $2,574.19 |
| 8/20/18 | $0.00 | | $2,574.19 |
| 8/21/18 | $0.00 | | $2,574.19 |
| 8/22/18 | $0.00 | | $2,574.19 |
| 8/23/18 | $0.00 | | $2,574.19 |
| 8/24/18 | $0.00 | | $2,574.19 |
| 8/25/18 | $0.00 | | $2,574.19 |
| 8/26/18 | $0.00 | | $2,574.19 |
| 8/27/18 | $0.00 | | $2,574.19 |
| 8/28/18 | $0.00 | | $2,574.19 |
| 8/29/18 | $0.00 | | $2,574.19 |
| 8/30/18 | $0.00 | | $2,574.19 |
| 8/31/18 | $0.00 | | $2,574.19 |
| 9/1/18 | $0.00 | | $2,574.19 |
| 9/2/18 | $0.00 | | $2,574.19 |
| 9/3/18 | $29.99 | | $2,544.20 |
| 9/4/18 | $299.90 | | $2,274.29 |
| 9/5/18 | $0.00 | | $2,574.19 |
| 9/6/18 | $0.00 | | $2,574.19 |
| 9/7/18 | $0.00 | | $2,574.19 |
| 9/8/18 | $0.00 | | $2,574.19 |
| 9/9/18 | $0.00 | | $2,574.19 |
| 9/10/18 | $0.00 | | $2,574.19 |
| 9/11/18 | $0.00 | | $2,574.19 |
| 9/12/18 | $0.00 | | $2,574.19 |

| Date | Amount | Balance |
|---|---|---|
| 9/13/18 | $0.00 | $2,574.19 |
| 9/14/18 | $0.00 | $2,574.19 |
| 9/15/18 | $0.00 | $2,574.19 |
| 9/16/18 | $0.00 | $2,574.19 |
| 9/17/18 | $0.00 | $2,574.19 |
| 9/18/18 | $0.00 | $2,574.19 |
| 9/19/18 | $0.00 | $2,574.19 |
| 9/20/18 | $0.00 | $2,574.19 |
| 9/21/18 | $0.00 | $2,574.19 |
| 9/22/18 | $0.00 | $2,574.19 |
| 9/23/18 | $0.00 | $2,574.19 |
| 9/24/18 | $0.00 | $2,574.19 |
| 9/25/18 | $0.00 | $2,574.19 |
| 9/26/18 | $0.00 | $2,574.19 |
| 9/27/18 | $0.00 | $2,574.19 |
| 9/28/18 | $0.00 | $2,574.19 |
| 9/29/18 | $0.00 | $2,574.19 |
| 9/30/18 | $0.00 | $2,574.19 |
| 10/1/18 | $0.00 | $2,574.19 |
| 10/2/18 | $0.00 | $2,574.19 |
| 10/3/18 | $0.00 | $2,574.19 |
| 10/4/18 | $0.00 | $2,574.19 |
| 10/5/18 | $0.00 | $2,574.19 |
| 10/6/18 | $0.00 | $2,574.19 |
| 10/7/18 | $0.00 | $2,574.19 |
| 10/8/18 | $0.00 | $2,574.19 |
| 10/9/18 | $0.00 | $2,574.19 |
| 10/10/18 | $0.00 | $2,574.19 |
| 10/11/18 | $0.00 | $2,574.19 |
| 10/12/18 | $0.00 | $2,574.19 |
| 10/13/18 | $0.00 | $2,574.19 |
| 10/14/18 | $0.00 | $2,574.19 |
| 10/15/18 | $0.00 | $2,574.19 |
| 10/16/18 | $0.00 | $2,574.19 |
| 10/17/18 | $0.00 | $2,574.19 |
| 10/18/18 | $119.96 | $2,454.23 |
| 10/19/18 | $209.93 | $2,364.26 |
| 10/20/18 | $269.91 | $2,304.28 |
| 10/21/18 | $179.94 | $2,394.25 |
| 10/22/18 | $389.87 | $2,184.32 |
| 10/23/18 | $82.95 | $2,491.24 |
| 10/24/18 | $388.84 | $2,185.35 |
| 10/25/18 | $314.91 | $2,259.28 |
| 10/26/18 | $209.94 | $2,364.25 |
| 10/27/18 | $384.89 | $2,189.30 |
| 10/28/18 | $749.78 | $1,824.41 |
| 10/29/18 | $209.94 | $2,364.25 |
| 10/30/18 | $433.87 | $2,140.32 |
| 10/31/18 | $398.88 | $2,175.31 |
| 11/1/18 | $517.84 | $2,056.35 |
| 11/2/18 | $713.79 | $1,860.40 |
| 11/3/18 | $384.89 | $2,189.30 |
| 11/4/18 | $839.76 | $1,734.43 |
| 11/5/18 | $811.75 | $1,762.44 |
| 11/6/18 | $601.78 | $1,972.41 |
| 11/7/18 | $587.82 | $1,986.37 |
| 11/8/18 | $629.82 | $1,944.37 |
| 11/9/18 | $699.80 | $1,874.39 |
| 11/10/18 | $1,084.66 | $1,489.53 |
| 11/11/18 | $75.96 | $2,498.23 |
| 11/12/18 | $12.99 | $2,561.20 |
| 11/13/18 | $209.94 | $2,364.25 |
| 11/14/18 | $538.28 | $2,035.91 |
| 11/15/18 | $845.30 | $1,728.89 |
| 11/16/18 | $750.21 | $1,823.98 |
| 11/17/18 | $489.30 | $2,084.89 |
| 11/18/18 | $2,027.10 | $547.09 |
| 11/19/18 | $1,293.21 | $1,280.98 |
| 11/20/18 | $1,044.80 | $1,529.39 |
| 11/21/18 | $1,290.48 | $1,283.71 |
| 11/22/18 | $1,690.35 | $883.84 |
| 11/23/18 | $6,067.99 | |
| 11/24/18 | $2,660.98 | |
| 11/25/18 | $3,399.95 | |
| 11/26/18 | $4,355.02 | |

| Date | Amount | | |
|---|---|---|---|
| 11/27/18 | $1,145.44 | | |
| 11/28/18 | $1,210.00 | | $1,364.19 |
| 11/29/18 | $1,360.15 | | $1,214.04 |
| 11/30/18 | $1,859.28 | | $714.91 |
| 12/1/18 | $2,011.04 | | $563.15 |
| 12/2/18 | $2,155.95 | | $418.24 |
| 12/3/18 | $2,142.05 | | $432.14 |
| 12/4/18 | $1,941.03 | | $633.16 |
| 12/5/18 | $4,128.18 | | |
| 12/6/18 | $2,518.64 | | |
| 12/7/18 | $4,647.94 | | |
| 12/8/18 | $7,151.95 | | |
| 12/9/18 | $5,637.32 | | |
| 12/10/18 | $3,498.55 | | |
| 12/11/18 | $1,764.26 | | |
| 12/12/18 | $3,013.90 | | |
| 12/13/18 | $2,547.73 | | |
| 12/14/18 | $2,558.50 | | |
| 12/15/18 | $3,242.24 | | |
| 12/16/18 | $4,475.29 | | |
| 12/17/18 | $3,918.73 | | |
| 12/18/18 | $3,037.63 | | |
| 12/19/18 | $2,726.32 | | |
| 12/20/18 | $2,079.18 | | |
| 12/21/18 | $854.53 | | |
| 12/22/18 | $433.74 | | |
| 12/23/18 | $384.89 | | |
| 12/24/18 | $305.82 | | |
| 12/25/18 | $340.81 | | |
| 12/26/18 | $594.79 | | |
| 12/27/18 | $1,113.08 | | |
| 12/28/18 | $1,302.98 | | |
| 12/29/18 | $957.99 | | |
| 12/30/18 | $1,615.71 | | |
| 12/31/18 | $1,231.59 | | |
| 1/1/19 | $1,532.06 | | |
| 1/2/19 | $1,240.37 | | |
| 1/3/19 | $833.53 | | |
| 1/4/19 | $1,039.65 | | |
| 1/5/19 | $2,046.43 | | |
| 1/6/19 | $1,744.06 | $2,189.41 | |
| 1/7/19 | $709.70 | | $1,479.71 |
| 1/8/19 | $866.29 | | $1,323.12 |
| 1/9/19 | $948.62 | | $1,240.79 |
| 1/10/19 | $1,048.63 | | $1,140.78 |
| 1/11/19 | $841.68 | | $1,347.73 |
| 1/12/19 | $1,096.61 | | $1,092.80 |
| 1/13/19 | $1,617.33 | | $572.08 |
| 1/14/19 | $998.93 | | $1,190.48 |
| 1/15/19 | $1,763.88 | | $425.53 |
| 1/16/19 | $1,351.50 | | $837.91 |
| 1/17/19 | $1,807.19 | | $382.22 |
| 1/18/19 | $1,862.98 | | $326.43 |
| 1/19/19 | $1,784.94 | | $404.47 |
| 1/20/19 | $2,129.58 | | $59.83 |
| 1/21/19 | $1,364.32 | | |
| 1/22/19 | $1,951.65 | | |
| 1/23/19 | $1,646.87 | | |
| 1/24/19 | $1,488.12 | | |
| 1/25/19 | $1,471.28 | | |
| 1/26/19 | $2,089.24 | | |
| 1/27/19 | $1,652.06 | | |
| 1/28/19 | $1,101.30 | $1,420.51 | |
| 1/29/19 | $979.68 | | $440.83 |
| 1/30/19 | $614.79 | | $805.72 |
| 1/31/19 | $564.73 | | $855.78 |
| 2/1/19 | $934.63 | | $485.88 |
| 2/2/19 | $269.90 | | $1,150.61 |

**TOTAL MINIMUM LOSS DUE TO ABUSE ON AMAZON   $     410,815.30**

GEM 226

Performance notifications, followed by the reinstatements

TIMELINE - All Complaints from the same violating seller at info@packingsorted.co.uk
For ASIN B071YTZ86J

| Delisted | Relisted Complaint #1431981221 | Delisted | Relisted Complaint #1443731201 | Delisted | Relisted Complaint 1606905931 | Delisted | Relisted Complaint 1611018011 | Delisted | Relisted Complaint 5015704511 | Delisted | Relisted Complaint 5015704511 | Delisted | Relisted Complaint 5039850041 | Delisted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-Feb-18 | 12-Feb-18 | 14-Feb-18 | 16-Feb-18 | 5-Apr-18 | 15-Apr-18 | 16-Apr-18 | 16-Apr-18 | 16-Apr-18 | 19-Apr-18 | 24-Apr-18 | 5-May-18 | 5-May-18 | 13-May-18 | 14-May-18 |

<u>Latest complaints to amazon knocking us off</u>
Feb 10th 2018 complained to amazon
❖ Feb 12th reinstated
Feb 14th 2019 complained to amazon
❖ Feb 16th reinstated
April 5th 2018 complained to amazon
❖ April 15th reinstated
April 16th 2018 complained to amazon
❖ April 16th reinstated
April 16th 2018 complained to amazon
❖ April 19th reinstated
April 24th 2018 complained to amazon
❖ May 5th reinstated
April 5th 2018 complained to amazon
❖ May 13th reinstated
May 14th complained to amazon
❖ May 14th reinstated
May 16th complained to amazon
❖ June 16th reinstated
❖ June 19th reinstated
June 20th complained to amazon
❖ June 21st reinstated
June 25th complained to amazon
❖ July 1st reinstated
July 2nd complained to amazon
❖ July 3rd reinstated
July 17th complained to amazon
❖ July 21st resisted
Sept 5th complained to amazon again.
❖ Oct 17th reinstated
❖ Oct 22nd reinstated
Sept 11th complained to amazon again.
❖ Nov 12th reinstated
Nov 28th complained to amazon again for Club Cart Bag
❖ Jan 3rd reinstated
Jan 4th, 2019 complained to amazon again.
Jan 7, 2018 – complained to amazon again.
❖ Jan 8th reinstated
Jan 28th 2019 – delisted Club Cart and Lotus Trolley Bag.

**Below are just some of the emails form the amazon team noting the same complaint from the same violating seller about the same infringement claim that was overturned now 11 times. We are trying to put a stop to these baseless claims from this competitor that has already been dealt with by the Amazon team.**

On 2/10/18, 5:21 PM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We are contacting you because we received a report of patent infringement. Sellers on Amazon.com are not allowed to create listings or detail pages that infringe third-party patents.

We removed the content listed at the end of this email. We may let you list this content again if we receive a retraction of the complaint from the rights owner. Their contact information can be found below.

--info@packingsorted.co.uk

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content does not infringe the rights owner's patent, you may email notice-dispute@amazon.com with supporting information.

If the rights owner does not retract their complaint, or you do not provide supporting information, we may provide your contact information to the rights owner upon their request.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for 'Intellectual Property Violations' in Seller Central Help.

ASIN(s): B071YTZ86J
Complaint ID: 1420788591
Infringement type: Patent

Sincerely,

Seller Performance Team
Amazon.com
http://www.amazon.com

---

On 2/12/18, 9:51 AM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We reviewed your appeal and reinstated the following content:

ASIN(s): B071YTZ86J
Complaint ID: 1431981221

Sincerely,
Amazon.com

Sincerely,

Seller Performance Team

GEM 228

Amazon.com
https://www.amazon.com

---

On 2/14/18, 9:17 PM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We cannot accept your appeal because it does not address the claim we received. Please provide the following information so we can process your appeal:

-- A valid retraction from the rights owner who reported the infringing content listed at the end of this email. We do not accept forwarded or attached retractions. Please contact the rights owner listed below to request a retraction.

-- info@packingsorted.co.uk

If the rights owner agrees to retract the complaint, they must send the retraction to us at notice-dispute@amazon.com.

-- Proof of product authenticity (e.g., invoice or Order ID). Please ensure that your proof of authenticity clearly proves that your products do not infringe on the intellectual property of the rights owner. Please send this information, any other documentation, and a list of impacted ASINS to notice-dispute@amazon.com.

ASIN: B071YTZ86J
Complaint ID: 1440709051

If you believe an error took place, please send an explanation and supporting information to notice-dispute@amazon.com.

Please ship any open orders. If you have funds in your account, they will be available after any amounts paid for A-to-z claims or chargebacks have been deducted. This usually takes about 90 days, but funds may be held longer.

You can see your balance and settlement information in the Payments section of Seller Central. If you have questions about those, please send an email to payments-funds@amazon.com.

Sincerely,
Amazon.com

Sincerely,

Seller Performance Team
Amazon.com
https://www.amazon.com

---

On 2/16/18, 1:32 AM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We reviewed your appeal and reinstated the following content:

ASIN(s): B071YTZ86J
Complaint ID: 1443731201


Sincerely,

Seller Performance Team
Amazon.com
https://www.amazon.com

---

On 4/5/18, 5:01 AM, "notice@amazon.com" <notice@amazon.com> wrote:


Hello,

We received a report from a rights owner that believes the items at the end of this email infringe their patent: D779828S.

We may let you list this content again if we receive a retraction from the rights owner:
-- Trolley, ,UK
-- info@packingsorted.co.uk

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content does not infringe the rights owner's patent, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

ASIN: ${ListOfASINsModified}
Infringement type: Patent
Patent Number: D779828S
Complaint ID: 1586287121

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,
Amazon.com

---

On 4/13/18, 11:56 PM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We reviewed your appeal and reinstated the following content:

ASIN: B071YTZ86J
Complaint ID: 1606505931

Sincerely,

Seller Performance Team
Amazon.com
https://www.amazon.com

On 4/16/18, 6:18 AM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We received a report from a rights owner that believes the items at the end of this email infringe their patent: D779,828.

We may let you list this content again if we receive a retraction from the rights owner:

-- victoria, ,mcfadyen
-- info@packingsorted.co.uk

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content does not infringe the rights owner's patent, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

ASIN: B071YTZ86J
Title: Lotus Trolley Bags -w/ LRG COOLER Bag & Egg/Wine holder! Reusable Grocery Cart Bags sized for USA. Eco-friendly 4-Bag Grocery Tote.100% Qlty GUARANTEE
Infringement type: Patent
Patent Number: D779,828
Complaint ID: 1610816731

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,

Seller Performance Team
Amazon.com
http://www.amazon.com

GEM 231

On 4/16/18, 8:16 AM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We reviewed your appeal and reinstated the following content:

ASIN: B071YTZ86J
Title:  Lotus Trolley Bags -w/ LRG COOLER Bag &amp; Egg/Wine holder! Reusable Grocery Cart Bags sized for USA. Eco-friendly 4-Bag Grocery Tote.100% Qlty GUARANTEE
Complaint ID: 1611018011

Sincerely,

Seller Performance Team
Amazon.com
https://www.amazon.com

On 4/16/18, 12:19 PM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

Thank you for your concern, but we cannot accept your appeal because it does not address the claim we received. Please provide the following information so that we can process your appeal:

-- A valid retraction sent to Amazon directly from the original rights owner who reported the infringing content listed at the end of this email. We do not accept forwarded or attached retractions. Please contact the rights owner listed below to request that a retraction be sent to notice-dispute@amazon.com:

info@packingsorted.co.uk

ASIN:B071YTZ86J
Complaint ID: 1611312551

If you believe an error took place, please send an explanation and supporting information to notice-dispute@amazon.com.

You can see your balance and settlement information in the Payments section of Seller Central. If you have questions about those, please send an email to payments-funds@amazon.com.

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,

GEM 232

Seller Performance Team
Amazon.com
https://www.amazon.com

---

On 4/19/18, 6:50 PM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We appreciate your efforts to comply with our selling policies. We have updated your account with the information
that you provided.

Thank you for selling with Amazon,
Amazon.com Seller Support
======================================
MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

http://sellercentral.amazon.com/gp/contact-us/contact-amazon-form.html?caseID=4998091541

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not
reply to this message.

---

On 4/24/18, 9:07 AM, "Amazon" <notice@amazon.com> wrote:

Hello,

We received a report of design infringement from the rights owner listed below. Sellers on Amazon.com are not
allowed to create listings or detail pages that infringe design rights.

We removed the content listed at the end of this email. We may let you list this content again if we receive a
retraction from the rights owner:
   -- victoria, ,mcfadyen

   -- info@packingsorted.co.uk


If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-
dispute@amazon.com.

If you believe that the reported content does not infringe the rights owner&rsquo;s design, please email notice-
dispute@amazon.com.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about
your listings, we may not allow you to sell on Amazon.com.

GEM 233

To learn more about this policy, search for &ldquo;Intellectual Property Violations&rdquo; in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B071YTZ86J
Infringement type: Design
Design Number: USD779828S1
Complaint ID: 5004092891

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,
Seller Performance Team
Amazon.com
https://www.amazon.com

---

On 5/3/18, 4:41 AM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We reviewed your appeal and reinstated the following content:

ASIN: B071YTZ86J
Complaint ID: 5015704511

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070?referral=A2U6IWJVOHLXM1_A1ISLKGUYF9ZSU).

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Thank you for selling with Amazon,
Amazon.com Seller Support
=====================================

DELISTED

---

**From:** Amazon <notice@amazon.com>
**Reply-To:** Amazon <notice-dispute@amazon.com>
**Date:** Monday, May 14, 2018 at 4:12 AM
**To:** "info@lotustrolleybag.com" <info@lotustrolleybag.com>
**Subject:** Notice: Policy Warning

Hello,

We reviewed your appeal and reinstated the following content:

ASIN: B071YTZ86J
Complaint ID: 5039850041

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

---

**From:** Amazon <notice-dispute@amazon.com>
**Reply-To:** Amazon <notice-dispute@amazon.com>
**Date:** Monday, May 14, 2018 at 7:26 AM
**To:** "info@lotustrolleybag.com" <info@lotustrolleybag.com>
**Subject:** Your Amazon.com Selling Account

Hello,

We reviewed your appeal and reinstated the following content:

ASIN: B071YTZ86J
Complaint ID: 5040204251

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

On 4/16/18, 6:18 AM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We received a report from a rights owner that believes the items at the end of this email infringe their patent: D779,828.

**We may let you list this content again if we receive a retraction from the rights owner:**

-- victoria, ,mcfadyen
-- info@packingsorted.co.uk

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content does not infringe the rights owner's patent, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

ASIN: B071YTZ86J
Title: Lotus Trolley Bags -w/ LRG COOLER Bag & Egg/Wine holder! Reusable Grocery Cart Bags sized for USA. Eco-friendly 4-Bag Grocery Tote.100% Qlty GUARANTEE
Infringement type: Patent
Patent Number: D779,828
Complaint ID: 1610816731

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,

Seller Performance Team
Amazon.com
http://www.amazon.com

**From:** Amazon <notice-request-dispute@amazon.com>
**Reply-To:** Amazon <notice-request-dispute@amazon.com>
**Date:** Saturday, June 16, 2018 at 4:40 PM
**To:** "info@lotustrolleybag.com" <info@lotustrolleybag.com>
**Subject:** Your Amazon.com Selling Privileges have been reinstated

Hello,

We reviewed your account and the information you provided, and we have decided that you may sell on Amazon.com again.

In our efforts to protect our community, we sometimes err on the side of caution. We are sorry for any inconvenience this has caused.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

ASIN: B01MRGNRC0

Sincerely,
Seller Performance Team
Amazon.com
Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

---

**From:** Amazon <notice-request@amazon.com>
**Reply-To:** Amazon <notice-request-dispute@amazon.com>
**Date:** Wednesday, June 20, 2018 at 11:34 PM
**To:** "info@lotustrolleybag.com" <info@lotustrolleybag.com>
**Subject:** Notice: Policy Warning

Hello,

We received a report of design infringement from the rights owner listed below. Sellers on Amazon.com are not allowed to create listings or detail pages that infringe design rights.

We removed the content listed at the end of this email. We may let you list this content again if we receive a retraction from the rights owner:

    victoria@evolifestyle.co.uk

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content does not infringe the rights owner's design, please email notice-dispute@amazon.com.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B07LYTZ86J, B01FMINWEU
Infringement type: Design
Complaint ID: 5153195701

GEM 237

Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

**From:** Amazon <notice-dispute@amazon.com>
**Reply-To:** Amazon <notice-dispute@amazon.com>
**Date:** Sunday, July 1, 2018 at 11:56 PM
**To:** "info@lotustrolleybag.com" <info@lotustrolleybag.com>
**Subject:** Your Amazon.com Selling Account

Hello,

We reviewed your appeal and reinstated the following content:

ASIN: B071YTZ86J
Complaint ID: 5166189361

Sincerely,
Amazon Services
Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

**From:** Amazon <notice@amazon.com>
**Reply-To:** Amazon <notice@amazon.com>
**Date:** Thursday, June 21, 2018 at 10:52 AM
**To:** "info@lotustrolleybag.com" <info@lotustrolleybag.com>
**Subject:** Your Amazon.com Selling Privileges have been reinstated

Hello,

We reviewed your appeal and reinstated the following content:

ASIN(s):B071YTZ86J
Complaint ID: 5154530341
Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

On 6/25/18, 7:34 PM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We received a report from a rights owner that believes the items at the end of this email infringe their patent: D779828S

We may let you list this content again if we receive a retraction from the rights owner:
-- info@packingsorted.co.uk

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content does not infringe the rights owner's patent, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B071YTZ86J
Infringement type: Patent
Patent Number: D779828S
Complaint ID: 5156468121

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,

Seller Performance Team
Amazon Services

---

**From:** Amazon <notice-dispute@amazon.com>
**Reply-To:** Amazon <notice-dispute@amazon.com>
**Date:** Tuesday, June 19, 2018 at 12:18 PM
**To:** "info@lotustrolleybag.com" <info@lotustrolleybag.com>
**Subject:** Your Amazon.com Inquiry



Hello,

I'm a member of the Amazon.com Seller Performance team. Jeff Bezos received your email and requested that I research this issue and respond on his behalf.

We reviewed your appeal and reinstated the following content:

ASIN: B071YTZ86J
Complaint ID:  5136167381
Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

On 6/25/18, 7:34 PM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We received a report from a rights owner that believes the items at the end of this email infringe their patent: D779828S

We may let you list this content again if we receive a retraction from the rights owner:
-- info@packingsorted.co.uk

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content does not infringe the rights owner's patent, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B071YTZ86J
Infringement type: Patent
Patent Number: D779828S
Complaint ID: 5156468121

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,

GEM 240

Seller Performance Team
Amazon Services

**From:** Amazon <notice-dispute@amazon.com>
**Reply-To:** Amazon <notice-dispute@amazon.com>
**Date:** Tuesday, July 3, 2018 at 4:06 AM
**To:** "info@lotustrolleybag.com" <info@lotustrolleybag.com>
**Subject:** Notice: Policy Warning

Hello,

We reviewed your appeal and reinstated the following content:

ASIN: B071YTZ86J
Complaint ID: 5168429611

Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

On 7/17/18, 1:24 PM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We received a report from a rights owner that believes the items at the end of this email infringe their patent: D779828.

We may let you list this content again if we receive a retraction from the rights owner:
-- info@packingsorted.co.uk

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content does not infringe the rights owner's patent, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

GEM 241

ASIN:  B071YTZ86J
Infringement type: Patent
Patent Number: D779828
Complaint ID: 5197102191

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,
Seller Performance Team
Amazon.com

---

**From:** Amazon <notice-dispute@amazon.com>
**Reply-To:** Amazon <notice-dispute@amazon.com>
**Date:** Saturday, July 21, 2018 at 11:04 PM
**To:** "info@lotustrolleybag.com" <info@lotustrolleybag.com>
**Subject:** Notice: Policy Warning



Hello,

We reviewed your appeal and reinstated the following content.

ASIN: B071YTZ86J
Complaint ID: 5232552011
Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

**From:** Amazon <notice@amazon.com>
**Reply-To:** Amazon <notice-dispute@amazon.com>
**Date:** Wednesday, September 5, 2018 at 2:40 AM
**To:** "info@lotustrolleybag.com" <info@lotustrolleybag.com>
**Subject:** Notice: Policy Warning

---

Hello,

We received a report from a rights owner that believes the items at the end of this email infringe their patent: ${INSERT PATENT NUMBER HERE}.

We may let you list this content again if we receive a retraction from the rights owner:
-- Beccy Daykin
-- info@packingsorted.co.uk

GEM 242

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content does not infringe the rights owner's patent, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN: B07H1158F1,B07G25361P
Infringement type: Patent
Patent Number: US D779 828 S
Complaint ID: 5337427931

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/gp/seller-rating/pages/performance-summary.html).

Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

-----

**From:** Amazon <notice-dispute@amazon.com>
**Reply-To:** Amazon <notice-dispute@amazon.com>
**Date:** Wednesday, October 17, 2018 at 9:18 PM
**To:** "info@lotustrolleybag.com" <info@lotustrolleybag.com>
**Subject:** Your Amazon.com Inquiry

Hello,

We reviewed your appeal and reinstated the following content:

ASIN: B071YTZ86J
Complaint ID:5443984761
Sincerely,
Seller Performance Team
Amazon.com
http://www.amazon.com

Several in between

On 11/11/18, 2:50 AM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We received a report from a rights owner that believes the items at the end of this email infringe their patent: UD D779 828 S.

We may let you list this content again if we receive a retraction from the rights owner:

info@packingsorted.co.uk

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.

If you believe that the reported content does not infringe the rights owner's patent, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

Learn more about this policy in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

ASIN:B071YTZ86J
Infringement type: Patent
Patent Number: UD D779 828 S
Complaint ID: 5511095581

You can learn more about your account health in the Performance section of Seller Central (https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa).

Sincerely,
Seller Performance Team
Amazon.com

On 11/28/18, 7:59 AM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We removed some of your listings because we received a report from a rights owner that they infringe the following patent(s):

-- D779828

The listings we removed are at the bottom of this message.

Why did this happen?
One or more of your listings may be infringing the intellectual property rights of others.

GEM 244

We're here to help.

If you need help better understanding what is causing this, please search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listing?

To reactivate your listing you may provide one of the following:

1) A letter of authorization or a licensing agreement from the manufacturer or Rights Owner demonstrating that your product sales are lawful to notice-dispute@amazon.com. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff.

Have your listings been removed in error?

If you believe there has been an error, please tell us why. Your explanation should include the following information:
-- Proof that you have never sold the reported product. We will investigate to determine if an error occurred.

OR

-- Explanation of why you were warned in error. We will investigate to determine if an error occurred.

What happens if I do not provide the requested information?

If we do not receive the requested information, your listings will remain inactive.

ASIN: B07KTCQQSG

Infringement type: patent

Complaint ID: 5556998171

Sincerely,
Amazon.com


On 1/3/19, 1:06 PM, "notice-request-dispute@amazon.com" <notice-request-dispute@amazon.com> wrote:


Hello,

We reviewed your appeal and reinstated the following content:

ASIN: B07KTCQQSG
Complaint ID: 5671406901

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_reinstate) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&am...;hl=en

On 1/4/19, 9:58 AM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We removed some of your listings because we received a report from a rights owner that they may infringe the following design right.

-- Design Right number D779828

The listings we removed are at the bottom of this message.

Why did this happen?
One or more of your listings may be infringing the intellectual property rights of others.

We're here to help.
If you need help better understanding what is causing this, please search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listing?
To reactivate your listing you may provide one of the following:
    1) A letter of authorization or a licensing agreement from the manufacturer or Rights Owner demonstrating that your products are lawful to notice-dispute@amazon.com. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff.

Have your listings been removed in error?
If you believe there has been an error, please tell us why. Your explanation should include the following information:
-- How your account has not violated the rights owner's intellectual property.

What happens if I do not send the requested information?
If we do not receive the requested information, your listings will remain inactive.

ASIN: B07KVBFJ9M, B071ZZM583, B07GDTVZQY, B07KTCQQSG
Infringement type: Design Number: D779828
Complaint ID: 5672944631

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl...
B07KTCQQSG


On 1/7/19, 4:20 AM, "notice-dispute@amazon.com" <notice-dispute@amazon.com> wrote:

Hello,

We removed some of your listings because we received a report from a rights owner that they infringe the following patent(s):

-- Patent number:US D 779 828

GEM 246

The listings we removed are at the bottom of this message.

Why did this happen?
One or more of your listings may be infringing the intellectual property rights of others.

We're here to help.
If you need help better understanding what is causing this, please search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.in/gp/help/external/201361070).

How do I reactivate my listing?
To reactivate your listing you may provide one of the following:
   1) A letter of authorization or a licensing agreement from the manufacturer or Rights Owner demonstrating that your product sales are lawful to notice-dispute@amazon.in. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff.

Have your listings been removed in error?
If you believe there has been an error, please tell us why. Your explanation should include the following information:
-- Proof that you have never sold the reported product. We will investigate to determine if an error occurred.

   OR

-- Explanation of why you were warned in error. We will investigate to determine if an error occurred.

What happens if I do not provide the requested information?
If we do not receive the requested information, your listings will remain inactive.

   ASIN: B071YTZ86J
   Infringement type: US D 779 828
   Complaint ID: 5679644641
   --      info@packingsorted.co.uk

   You can view your account performance
(https://sellercentral.amazon.in/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

   -- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
   -- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl...
   Sincerely,
   Amazon.com

On 1/8/19, 7:42 AM, "notice-dispute@amazon.com" <notice-dispute@amazon.com> wrote:

   Hello,

   We reviewed your appeal and determined the following content is active:

   ASIN: B071YTZ86J
   Complaint ID: 5682936081

GEM 247

On 1/28/19, 10:32 AM, "notice@amazon.com" <notice@amazon.com> wrote:

Hello,

We removed some of your listings because we received a report from a rights owner that they infringe the following patent(s):

--  Patent number US D779 828 S

The listings we removed are at the bottom of this message.

Why did this happen?
One or more of your listings may be infringing the intellectual property rights of others.

We're here to help.
If you need help better understanding what is causing this, please search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

How do I reactivate my listing?
To reactivate your listing you may provide one of the following:
   1) A letter of authorization or a licensing agreement from the manufacturer or Rights Owner demonstrating that your product sales are lawful to notice-dispute@amazon.com. External links are not accepted. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff.

Have your listings been removed in error?
If you believe there has been an error, please tell us why. Your explanation should include the following information:
-- Proof that you have never sold the reported product. We will investigate to determine if an error occurred.

OR

-- Explanation of why you were warned in error. We will investigate to determine if an error occurred.

What happens if I do not provide the requested information?
If we do not receive the requested information, your listings will remain inactive.

ASIN: B07KTCQQSG
B071YTZ86J
Complaint ID: 5733242141

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl...
Sincerely,

Amazon.com

GEM 248