CODY R. LEJEUNE (CSB NO. 249242)
cody@lejeunelawfirm.com
**LEJEUNE LAW, P.C.**
2801 Camino Del Rio South
Suite 200A
San Diego, CA 92108
Telephone: (985) 713-4964

Attorneys for Plaintiff
GOLDEN EYE MEDIA USA, INC., FARZAN DEHMOUBED and JENNIFER DUVALL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN EYE MEDIA USA, INC., a California corporation,<br><br>        *Plaintiff*,<br>v.<br>TROLLEY BAGS UK LTD, a corporation of the United Kingdom; and BERGHOFF INTERNATIONAL, INC., a Florida corporation,<br><br>        *Defendants*. | CASE NO.: 3:18-cv-02109-BEN-LL<br><br>**JOINT NOTICE OF SETTLEMENT BETWEEN GOLDEN EYE MEDIA USA, INC., FARZAN DEHMOUBED, JENNIFER DUVALL, AND BERGHOFF INTERNATIONAL, INC.** |
| TROLLEY BAGS UK LTD, a corporation of the United Kingdom; and BERGHOFF INTERNATIONAL, INC., a Florida corporation,<br><br>        Counterclaimants<br>v.<br>GOLDEN EYE MEDIA USA, INC., a California corporation; FARZAN DEHMOUBED, an individual; and JENNIFER DUVALL, an individual,<br><br>   Counter-Defendants and Third-Party Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OR RECORD:

PLEASE TAKE NOTICE that Plaintiff/Counter-Defendants Golden Eye Media USA, Inc., Farzan Dehmoubed, and Jennifer Duvall, and Defendant/Counterclaimant Berghoff International, Inc. ("Berghoff") (together, the "Parties") have reached an informal agreement to resolve their claims in this case, which will result in the dismissal of Berghoff from this case. The Parties are finalizing a formal settlement agreement, and once all conditions have been met, a Notice of Dismissal as to all remaining claims that exist between Berghoff and the Plaintiff/Counter-Defendants will be filed.

IT IS SO STIPULATED.

Respectfully submitted,
**LEJEUNE LAW, P.C.**

Dated: March 25, 2021   By: /s/ Cody R. LeJeune
Cody R. LeJeune
2801 Camino Del Rio South
Suite 200A
San Diego, CA 92108
Phone: (985) 713-4964

Attorney for Plaintiff/Counter-Defendants, Golden Eye Media, Inc., Farzan Dehmoubed, and Jennifer Duvall

**BERGHOFF INTERNATIONAL, INC.**

Dated: March 25, 2021   By: /s/ Elizabeth Coviello
Elizabeth Coviello as General Counsel on behalf of Berghoff International, Inc.
6400 Madison St.
New Port Richey, FL 34652
Phone: (727) 777-3330