UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN EYE MEDIA USA, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br>v.<br>TROLLEY BAGS UK LTD, a corporation of the United Kingdom; and BERGHOFF INTERNATIONAL, INC., a Florida corporation,<br><br>　　　　　　　Defendant.<br>TROLLEY BAGS UK LTD, a corporation of the United Kingdom; and BERGHOFF INTERNATIONAL, INC., a Florida corporation,<br><br>　　　　　　　Counterclaimants,<br>v.<br>GOLDEN EYE MEDIA USA, INC., a California corporation; FARZAN DEHMOUBED, an individual; and JENNIFER DUVALL, an individual,<br><br>　　　　　　　Counterdefendants. | Case No.: 3:18-cv-02109-BEN-LL<br><br>**ORDER GRANTING THE JOINT MOTION TO TELEPHONICALLY APPEAR AT THE APRIL 21, 2021 STATUS CONFERENCE**<br><br>**[ECF Nos. 101, 109]** |

I.  **ORDER**

Plaintiff/Counterdefendant GOLDEN EYE MEDIA USA, INC., a California corporation ("Plaintiff") brings this action for a declaratory judgment of non-infringement

against Defendants/Counterclaimants TROLLEY BAGS UK LTD, a corporation of the United Kingdom ("Trolley Bags"); and BERGHOFF INTERNATIONAL, INC., a Florida corporation ("Berghoff") (collectively, "Defendants"). ECF No. 1.

Before the Court is the Joint Motion for Plaintiff and Trolley Bags to Allow Counsel for Trolley Bags to Telephonically Appear at the April 21, 2021 Status Conference (the "Joint Motion"). ECF No. 145. After considering the papers submitted, supporting documentation, and applicable law, the Court **GRANTS** the Joint Motion as follows:

1. The Status Conference currently scheduled for Wednesday, April 21, 2021 at 10:30 a.m. is continued to the same day, April 21, 2021, at 4:00 p.m.

2. The Parties appearing telephonically should follow the below steps to participate in the conference call:

    a. Dial the number: **(866) 434-5269** and

    b. Enter the Access Code: **5877929** (Participants will be put on hold until the Court activates the conference call).

**IT IS SO ORDERED.**

DATED: April 19, 2021

**HON. ROGER T. BENITEZ**
United States District Judge